AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
### WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| CHAD BLANCHARD | SUMMONS IN A CIVIL CASE |
| v. | CIVIL ACTION NO: _____ |
| THE UNITED STATES OF AMERICA THROUGH ITS AGENCY THE UNITED STATES ARMY CORPS OF ENGINEERS | JUDGE _____<br><br>MAGISTRATE JUDGE _____ |

TO:  THE UNITED STATES OF AMERICA,
**through its agency, The United States Army Corps of Engineers**
via their certified civil process clerk
U.S. Attorney for the Western District of Louisiana
Honorable Stephanie A. Finley
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEYS

JOSEPH F. GAAR, JR.
JASON M. WELBORN
WILLARD P. SCHIEFFLER
LUCAS S. COLLIGAN
JOSEPH F. GAAR, JR., APLC
617 S. Buchanan Street
Lafayette, Louisiana 70501
(337) 233-3185

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                                DATE

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other *(specify)*: _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             *Date*

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.