AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

6:12-CV-03140-RFD-PJH
## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for U.S. ATTORNEY
WESTERN DISTRICT OF LOUISIANA
800 LAFAYETTE ST., STE: 2200
LAFAYETTE, LA 70501-6832 was received by me on *(date)* 12-27-2012.

- I personally served the summons on **U.S. ATTORNEY WESTERN DISTRICT OF LOUISIANA 800 LAFAYETTE ST., STE: 2200 LAFAYETTE, LA 70501-6832** at *(place)* _____ on *(date)* _____ ; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* Chelsea Broyles, who is designated by law to accept service of process on behalf of *(name of organization)* U.S. ATTORNEY WESTERN DISTRICT OF LOUISIANA on *(date)* DECEMBER 27, 2012; or

- I returned the summons unexecuted because _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 12-27-2012

*Server's signature*

FREDERICK J. MAYER
*Printed name and title*

617 S. BUCHANAN
LAFAYETTE, LA 70501
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

6:12-CV-03140-RFD-PJH
## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for U S Army Corps of Engineers was received by me on (date) 12-27-2012.

- I personally served the summons on U S Army Corps of Engineers at (place) _____ on (date) _____ ; or

- I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

- I served the summons on (name of individual) Chelsea Broyles, who is designated by law to accept service of process on behalf of (name of organization) UNITED STATES CORPS OF ENGINEERS on (date) DECEMBER 27, 2012; or

- I returned the summons unexecuted because _____ ; or

- Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 12-27-2012

_____
Server's signature

FREDERICK J. MAYER
Printed name and title

617 S. BUCHANAN
LAFAYETTE, LA 70501
Server's address

Additional information regarding attemped service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

6:12-CV-03140-RFD-PJH

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for U.S. ATTORNEY GENERAL
10th ST. &CONSTITUTION AVE., N.W.
WASHINGTON, D.C. 20530 was received by me on (date) 12/21/12.

- I personally served the summons on U.S. ATTORNEY GENERAL
  10th ST. &CONSTITUTION AVE., N.W.
  WASHINGTON, D.C. 20530 at (place) _____
  _____ on (date) _____ ; or

- I left the summons at the individual's residence or usual place of abode with (name) _____
  _____ , a person of suitable age and discretion who resides there, on (date) _____
  _____ , and mailed a copy to the individual's last known address; or

- I served the summons on (name of individual) _____ , who is designated by law to accept service of process on behalf of (name of organization) _____
  on (date) _____ ; or

- I returned the summons unexecuted because _____ ; or

- Other (specify): Via Certified U.S. Mail - Return Receipt Requested Article # 7011 1570 0003 7293 1236 - on January 7, 2013

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 1/14/13

*Kelly Romero*
Server's signature

Kelly Romero
Printed name and title

617 S. Buchanan
Lafayette, LA 70501
Server's address

Additional information regarding attemped service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General
950 Pennsylvania Constitution Ave., N.W.
Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7012 1010 0008 7895 9236

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Jason M. Welborn
Gaar Law Firm
P.O. Box 2053
Lafayette, LA 70502

serve complaint re Blanchard