UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| CHAD BLANCHARD | ) | CIVIL ACTION NO. 12-3140 |
| | ) | |
| VERSUS | ) | |
| | ) | JUDGE DOHERTY |
| THE UNITED STATES OF AMERICA | ) | |
| THROUGH ITS AGENCY THE UNITED | ) | |
| STATES ARMY CORPS OF ENGINEERS | ) | MAGISTRATE JUDGE HANNA |

### UNITED STATES' MOTION FOR A MORE DEFINITE STATEMENT

COMES NOW, Defendant, the United States of America, by and through undersigned counsel, who respectfully moves this Court to order Plaintiff, Chad Blanchard, to file an amended complaint containing a more definite statement, pursuant to Rule 12(e) of the Federal Rules of Civil Procedure for the reasons more fully discussed in the attached Memorandum in Support of this Motion. The Court is respectfully referred to the United States' Memorandum in Support of this motion, filed simultaneously herewith and incorporated herein by reference.

WHEREFORE, the United States of America respectfully requests an Order directing the plaintiff to file an amended complaint containing a more definite statement pursuant to Rule 12(e) of the Federal Rules of Civil Procedure.

DATED: February 8, 2013

                      Respectfully submitted,

                      STUART F. DELERY
                      Principal Deputy Assistant Attorney General

                      STEPHANIE A. FINLEY
                      United States Attorney

                      JENNIFER B. FREDERICK (#23633)
                      Assistant United States Attorney

                      /s/  Stephen M. Ketyer
                      STEPHEN M. KETYER
                      Trial Attorney
                      Aviation/Admiralty Litigation
                      Torts Branch, Civil Division
                      U.S. Department of Justice
                      P.O. Box 14271
                      Washington, DC 20044-4271
                      stephen.ketyer@usdoj.gov
                      (202) 616-4034
                      (202) 616-4159 (Fax)
                      *Attorneys for United States of America*

OF COUNSEL:

ALLEN SCOTT BLACK
Assistant District Counsel
Memphis District
U.S. Army, Corps of Engineers
167 N. Main Street, Rm. B-202
Memphis, TN  38103
allen.s.black@usace.army.mil
(901)544-3662
(901)544-3336 (Fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 8, 2013, a copy of the foregoing United States' Motion for a More Definite Statement, supporting memorandum and proposed Order were filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record, by operation of the Court's electronic filing system.

/s/  Stephen M. Ketyer
STEPHEN M. KETYER
Trial Attorney – U.S. Department of Justice