UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| CHAD BLANCHARD ) | CIVIL ACTION NO. 12-3140 |
| ) | |
| VERSUS ) | |
| ) | JUDGE DOHERTY |
| THE UNITED STATES OF AMERICA ) | |
| THROUGH ITS AGENCY THE UNITED ) | |
| STATES ARMY CORPS OF ENGINEERS ) | MAGISTRATE JUDGE HANNA |

**MEMORANDUM IN SUPPORT OF UNITED STATES'**
**MOTION FOR A MORE DEFINITE STATEMENT**

The United States, through undersigned counsel, hereby files a Motion for a More Definite Statement, under Rule 12(e) of the Federal Rules of Civil Procedure. More specifically, the Complaint of Plaintiff Chad Blanchard (ECF No. 1) contains allegations that are vague or ambiguous in the following respects:

a) The Complaint states only that the accident happened on "August 18, 2011." Compl. ¶ 5. It fails to state the time of day of the alleged accident.

b) The Complaint states only that the accident occurred on the "the Atchafalaya River." Compl. ¶ 5. It fails to state a more precise location. The Atchafalaya River is 137 miles long.

c) The Complaint fails to identify the vessel aboard which the plaintiff was allegedly injured. It states only "a vessel owned and operated by Stallion Oilfield Services, Ltd." Compl. ¶ 4.

d) The Complaint states that the unnamed vessel aboard which the plaintiff was allegedly injured was "stationary and/or moored" in the river. Compl. ¶ 5. The statement is ambiguous.

Rule 12(e) of the Federal Rules of Civil Procedure provides, in relevant part, that "A party may move for a more definite statement of a pleading . . . which is so vague and ambiguous that the party cannot reasonably prepare a response." FED. R. CIV. P. 12(e).  "If a pleading fails to specify the allegations in a manner that provides sufficient notice, a defendant can move for a more definite statement under Rule 12(e) before responding." *Swierkiewicz v. Soreman, N.A.*, 534 U.S. 506, 514 (2002).  A day in August and the Atchafalaya River are both long.  Without more precise information on when and where the alleged accident occurred, the United States will be unable to reasonably prepare a response.

For the reasons stated above, the United States of America respectfully requests an Order directing the plaintiff to file an amended complaint containing a more definite statement.

DATED:  February 8, 2013

                                                  Respectfully submitted,

                                                  STUART F. DELERY
                                                  Principal Deputy Assistant Attorney General

                                                  STEPHANIE A. FINLEY
                                                  United States Attorney

                                                  JENNIFER B. FREDERICK (#23633)
                                                  Assistant United States Attorney

                                                  /s/  Stephen M. Ketyer
                                                  STEPHEN M. KETYER
                                                  Trial Attorney
                                                  Aviation/Admiralty Litigation
                                                  Torts Branch, Civil Division
                                                  U.S. Department of Justice
                                                  P.O. Box 14271
                                                  Washington, DC 20044-4271
                                                  stephen.ketyer@usdoj.gov
                                                  (202) 616-4034
                                                  (202) 616-4159 (Fax)
                                                  *Attorneys for United States of America*

OF COUNSEL:

ALLEN SCOTT BLACK
Assistant District Counsel
Memphis District
U.S. Army, Corps of Engineers
167 N. Main Street, Rm. B-202
Memphis, TN  38103
allen.s.black@usace.army.mil
(901)544-3662
(901)544-3336(Fax