**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| **CHAD BLANCHARD** | ) | **CIVIL ACTION NO.  12-3140** |
| | ) | |
| **VERSUS** | ) | |
| | ) | **JUDGE DOHERTY** |
| **THE UNITED STATES OF AMERICA** | ) | |
| **THROUGH ITS AGENCY THE UNITED** | ) | |
| **STATES ARMY CORPS OF ENGINEERS** | ) | **MAGISTRATE JUDGE HANNA** |

**ORDER**

Considering United States' Motion for a More Definite Statement, under Rule 12(e) of the Federal Rules of Civil Procedure; and based on a review of the Complaint (ECF No. 1), the Court finds a that certain allegations contained therein are vague or ambiguous; and now therefore,

IT IS ORDERED that Defendants' motion is GRANTED.

IT IS FURTHER ORDERED that the Plaintiff, Chad Blanchard, file an amended complaint within _____ days of the date of this Order, and state the following facts with specificity:

    a)    the time of day that the alleged injury occurred;

    b)    the specific position on the Atachafalaya River where vessel owned by Stallion was located when the alleged injury occurred;

    c)    identification of the vessel owned by Stallion; and

    d)    whether the vessel owned by Stallion was stationary or moored at the time of the alleged injury.

IT IS FURTHER ORDERED that the failure of Plaintiff, Chad Blanchard, to file an amended complaint may result in the Court issuing an order to strike the Complaint or issue any other appropriate order.

Lafayette, Louisiana, this _____ day of _____, 2013.


                                                     _____

                                                     HONORABLE PATRICK J. HANNA
                                                     UNITED STATES MAGISTRATE JUDGE