

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| CHAD BLANCHARD | CIVIL ACTION NO.  6:12CV3140 |
| VERSUS | JUDGE DOHERTY |
| UNITED STATES ARMY CORPS OF ENGINEERS | MAGISTRATE JUDGE HANNA |

### NOTICE OF MOTION SETTING WITH ORAL ARGUMENT

Please take notice that the Motion for More Definitive Statement (Document No. 4) filed by United States Army Corps of Engineers on February 8, 2013 will be considered by Magistrate Judge Patrick J. Hanna at the next regular motion date which is March 26, 2013. Unless you are notified to the contrary, **oral argument will be heard** commencing at 9:30 a.m. in Courtroom 7 of the United States Courthouse, 800 Lafayette Street, Lafayette, Louisiana.

### Deadlines

Any response to said motion is due within twenty-one **(21) days** after service of the motion (see LR 7.5).  The movant may **file a reply** within seven **calendar (7) days** after the memorandum in opposition is filed.  Any reply shall be limited to six (6) double-spaced and typed pages.  OPPOSITION TO THE MOTION MUST BE FILED TIMELY OR THE MOTION WILL BE CONSIDERED UNOPPOSED.

### Courtesy Copies Required

A courtesy copy of the briefs and any attachments must be provided to chambers promptly after filing to the following address:

>Hon. Patrick J. Hanna
>United States Magistrate Judge
>800 Lafayette St., Suite 3500
>Lafayette, Louisiana 70501

**DATE OF NOTICE: February 8, 2013.**

>TONY R. MOORE
>CLERK OF COURT