UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| CHAD BLANCHARD | CIVIL ACTION NO:12-3140 |
| VERSUS | |
| | JUDGE DOHERTY |
| THE UNITED STATES OF AMERICA THROUGH ITS AGENCY THE UNITED STATES ARMY CORPS OF ENGINEERS | MAGISTRATE JUDGE HANNA |

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR A MORE DEFINITE STATEMENT

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, **CHAD BLANCHARD**, who submits the instant Opposition to Defendant's Motion for a More Definite Statement. Specifically, defendant, The United States, complains about parts of the allegations contained in Paragraphs 4 and 5 of Plaintiff's Original Complaint. To date, no discovery has been undertaken with regards to this accident or injuries. Nor has the accident report completed by plaintiff's employer been provided. As such, the information requested is not specifically available to plaintiff. However, in order to attempt to comply with the defendant's request for a more definite statement, Chad Blanchard provides the following information.

At the time of the Original Complaint, plaintiff could not recall the name of the vessel on which he was stationed for Stallion Oilfield Services, Ltd. Since that time, counsel for Stallion has advised that the tug boat on which plaintiff was a crew member, was named the M/V ALLURA. Plaintiff was a Jones' Act Seaman and member of the vessel crew at the time of incident.

With regards to their allegation regarding the location of complaint, the Complaint states that the accident occurred on the Atchafalaya River. It certainly occurred on the Atchafalaya River

within the state of Louisiana at a dock facility located near Henderson, Louisiana. Thus, in response to defendant's request for a more definite statement regarding the precise location, the accident occurred on the Atchafalaya River, in the state of Louisiana near Henderson, Louisiana.

Next, defendant complains that plaintiff only provided the date of accident as August 18, 2011 without providing the specific time of day of the alleged incident. Given the amount of time that has passed since the date of incident, and the lack of being provided the employment file, plaintiff believes that the accident occurred between 6:00 and 7:00 p.m. However, until such discovery is done from the Captain, and the receipt of the boat logs from the vessel crew, an exact time cannot be provided. In an effort to comply with the defendant's request, plaintiff believes that the incident occurred between 6:00 and 7:00 p.m. on August 18, 2011. However, once the boat logs and additional discovery information is obtained, a more definite time can be provided.

Lastly, the defendant has a problem with the plaintiff's allegation that the M/V ALLURA was "stationary and/or moored in the river." Again, as discovery is in its infancy, the exact position of the vessel is unknown. However, plaintiff's allegation is that the vessel was not moving at the time of the incident complained of. It is plaintiff's belief that the vessel was properly moored at a dock believed to be a Hilcorp dock. This information will be confirmed through the boat logs, once discovery is allowed to proceed under Rule 26 of the Federal Rules of Civil Procedure.

Although plaintiff believes that the Complaint alleged contains specific allegations to meet his providence under the Federal Rules of Civil Procedure, plaintiff has provided the additional information requested by the defendant. Once discovery has been conducted, initial disclosures provided and the navigational documents obtained, many of the questions asked by the defendant can be answer more definitively. However, in an effort to comply with the defendant's request,

<1>
Case 6:12-cv-03140-PJH    Document 6    Filed 02/25/13    Page 3 of 3 PageID #: 35
</1>

plaintiff has provided the above-information in response to the defendant's Motion for a More Definite Statement.

Respectfully submitted:

BY: _____
JOSEPH F. GAAR, JR. # 16927
JASON M. WELBORN # 26548
WILLARD P. SCHIEFFLER #25862
LUCAS S. COLLIGAN #31761
Attorneys At Law
P.O. Box 2053
Lafayette, Louisiana 70502
Phone:      (337) 233-3185
Fax :       (337) 233-0690
Email: joseph@gaarlaw.com
            jason@gaarlaw.com
            will@gaarlaw.com
            lucas@gaarlaw.com
**Attorneys for Complainant,
CHAD BLANCHARD**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was forwarded to all counsel of record by the court's CM/ECF filing system Lafayette, Louisiana, this 25 day of February, 2013.

_____
JASON M. WELBORN