## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

**CHAD BLANCHARD**                      **CIVIL ACTION NO.  6:12CV3140**

**VERSUS**                                        **JUDGE DOHERTY**

**UNITED STATES ARMY CORPS OF**   **MAGISTRATE JUDGE HAYES**
**ENGINEERS**

### NOTICE OF DEFICIENT DOCUMENT

**NOTE:** Repeated errors in filing that result in formal Notices of Deficiency or electronic notification of filing errors may, at the discretion of the Clerk of Court and with approval of the Judges of the court, subject the filer to remedial action, i.e. mandatory training, restriction of filing privileges, etc.

**NOTICE TO FILER:**

The Reply Brief Motion for More Definitive Statement filed on March 4, 2013 by United States Army Corps of Engineers was DEFICIENT for the following reason(s):

✓      This document is not accompanied by a certificate of service as required by Fed.R.Civ.P. 5(d).

**Please electronically submit your "Corrective Document" within 10 days from the date of this notice or the document may be stricken by the court.  PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."**   All filing deadlines previously set remain in effect.  Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.