UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| CHAD BLANCHARD | ) | IN ADMIRALTY |
| | ) | |
| VERSUS | ) | CIVIL ACTION NO.  12-3140 |
| | ) | |
| THE UNITED STATES OF AMERICA | ) | JUDGE DOHERTY |
| THROUGH ITS AGENCY THE UNITED | ) | |
| STATES ARMY CORPS OF ENGINEERS | ) | MAGISTRATE JUDGE HANNA |

### UNITED STATES' REPLY IN ITS MOTION
### FOR A MORE DEFINITE STATEMENT

The United States, through undersigned counsel, respectfully submits the following reply to the plaintiff's opposition memorandum (ECF No. 6).

The plaintiff's Complaint alleges that on August 18, 2011, the M/V MISSISSIPPI, a vessel of the United States in transit on the Atchafalaya River, negligently caused a wake that rocked the moored tug on which he served and, in turn, caused him to fall.  Given the allegation that one vessel was moving and the other was "stationary and/or moored," the time and place of the alleged wake encounter are essential facts.  If the plaintiff is allowed to proceed on the vague allegations presented in his Complaint, the time and place of the incident become moving targets for the defendant.

In his opposition to the United States' Motion, the plaintiff reveals that he has a surprising lack of knowledge of these most basic allegations.  The plaintiff has narrowed the time frame of the accident—but only tentatively—to one hour, between 6:00 p.m. and 7:00 p.m. local time.  He also advises that he now knows the name of the vessel aboard which he was a

crewmember, the M/V ALLURA, but only because counsel for his employer, Stallion Oilfield Services, Ltd., told him so.

The plaintiff's new information about the tug ALLURA's location also remains impermissibly vague. The plaintiff states that the ALLURA was moored "on the Atchafalaya River, in the State of Louisiana near Henderson, Louisiana," at "a Hilcorp dock." Plf.'s Oppo. at 2. This proffered information is insufficient to cure the Complaint. Eighteen months following an on-the-job injury, the plaintiff should be able to state when and where he was injured. Instead, the plaintiff offers only excuses that his memory has faded since August 18, 2011, *id.*, and that his employer has not provided him with a copy of an accident report, *id.* at 1, or his employment file, *id.* at 2.

The United States respectfully requests that the Court order the plaintiff to file an amended complaint with a more definite statement of time and location.

DATED: March 4, 2013

          Respectfully submitted,

          STUART F. DELERY
          Principal Deputy Assistant Attorney General

          STEPHANIE A. FINLEY
          United States Attorney

          JENNIFER B. FREDERICK (#23633)
          Assistant United States Attorney

          /s/ Stephen M. Ketyer
          STEPHEN M. KETYER
          Trial Attorney
          Aviation/Admiralty Litigation
          Torts Branch, Civil Division
          U.S. Department of Justice
          P.O. Box 14271
          Washington, DC 20044-4271
          stephen.ketyer@usdoj.gov

                                                      (202) 616-4034
                                                      (202) 616-4159 (Fax)
                                                      *Attorneys for United States of America*

OF COUNSEL:

ALLEN SCOTT BLACK
Assistant District Counsel
Memphis District
U.S. Army, Corps of Engineers
167 N. Main Street, Rm. B-202
Memphis, TN  38103
allen.s.black@usace.army.mil
(901)544-3662
(901)544-3336 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2013, the foregoing United States' Reply in Its Motion for a More Definite Statement, was filed electronically with the United States District Court for the Western District of Louisiana Clerk of Court, using the CM/ECF system.  Notice of this filing will be sent to the following counsel of record, by operation of the court's Electronic Case Filing System:

    Joseph F. Gaar, Jr.
    Jason M. Welborn
    Willard P. Schieffler
    Lucas S. Colligan
    Attorneys at Law
    P.O.  Box 2053
    Lafayette, LA 70502
    Phone:  (337) 233-3185
    Fax:  (337) 233-0690
    joseph@gaarlaw.com
    Jason@gaarlaw.com
    will@gaarlaw.com
    lucas@gaarlaw.com
    *Attorneys for Plaintiff*

    /s/ Stephen M. Ketyer
    STEPHEN M. KETYER
    Employee
    U.S. Department of Justice