UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| BLANCHARD | CIVIL NO. 12CV3140 |
| versus | JUDGE DOHERTY |
| UNITED STATES ARMY CORPS OF ENGINEERS | MAGISTRATE JUDGE HANNA |

## MINUTES OF COURT

| | |
|---|---|
| Date: March 26, 2013 | Presiding: Magistrate Judge Hanna |
| Court Opened: 9:43 a.m. | Courtroom Deputy: Paula S. Jordan |
| Court Adjourned: 9:51 a.m. | Court Reporter: LaRae Bourque |
| Statistical Time: 0/08 | |

**APPEARANCES**
Jason Welborn representing plaintiff, Blanchard
Stephen Ketyer, Jennifer Frederick, & Scott Black representing defendant, United States Army Corps of Engineers

| CASE CALLED FOR | FILINGS: |
|---|---|
| **X** Motion Hearing | |

**COMMENTS:**
This case came on for hearing on Motion for More Definite Statement [4], filed on behalf of defendant, argued and IT IS ORDERED that said motion is hereby DENIED AS MOOT.

Oral Motion for Leave to Amend Complaint filed on behalf of plaintiff, GRANTED.

A written ruling and Order by the Court will follow.