UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CHAD BLANCHARD | CIVIL ACTION NO. 12-CV-3140 |
| VERSUS | JUDGE DOHERTY |
| UNITED STATES ARMY CORPS OF ENGINEERS | MAGISTRATE JUDGE HANNA |

**ORDER**

Before the undersigned, on referral from the district judge, is Defendant's Motion for More Definite Statement [Doc. 4]. Oral argument was heard on the motion on March 26, 2013. During the argument, the plaintiff sought leave to amend the pleadings to correct deficiencies alleged by the mover. The motion was granted. Based on that in-court ruling,

**IT IS ORDERED** that the Motion for More Definite Statement is DENIED as moot.

Signed at Lafayette, Louisiana this 29th day of March, 2013.

_____
Patrick J. Hanna
United States Magistrate Judge