UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| CHAD BLANCHARD | CIVIL ACTION NO: 12-3140 |
| VERSUS | |
| | JUDGE DOHERTY |
| THE UNITED STATES OF AMERICA THROUGH ITS AGENCY THE UNITED STATES ARMY CORPS OF ENGINEERS | MAGISTRATE JUDGE HANNA |

### CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes Defendant, **STALLION OILFIELD SERVICES LIMITED, LTD.**, and makes the following Corporate Disclosure Statement in accordance with the Federal Rules of Civil Procedure Rule 7.1 and to enable the Judge and Magistrate Judge to evaluate the possible disqualification or recusal, undersigned counsel certifies that Stallion Oilfield Services Limited, Ltd. is a privately held company and that there is no publicly traded corporation that owns more than ten percent of its stock.

Respectfully submitted,

BLUE WILLIAMS, L.L.P.
/s/ Scott A. Soule
_____
SCOTT A. SOULE, T.A. #20379
JADE C. MCKEOUGH, #28147
3421 North Causeway Blvd., Suite 900
Metairie, LA 70002
Telephone: (504) 830-4977
Facsimile: (504) 849-3883
**ATTORNEYS FOR STALLION OILFIELD SERVICES LIMITED, LTD.**

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of April, 2013, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to opposing counsel by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to all non-CM/ECF participants.

*/s/ Scott A. Soule*
_____
SCOTT A. SOULE

1730817-1