## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| | | |
|---|---|---|
| CHAD BLANCHARD | ) | IN ADMIRALTY |
| | ) | |
| VERSUS | ) | CIVIL ACTION NO.  12-3140 |
| | ) | |
| THE UNITED STATES OF AMERICA | ) | JUDGE DOHERTY |
| THROUGH ITS AGENCY THE UNITED | ) | |
| STATES ARMY CORPS OF ENGINEERS | ) | MAGISTRATE JUDGE HANNA |

### UNITED STATES' ANSWER TO STALLION'S CROSS-CLAIM; AND UNITED STATES' CROSS-CLAIM AGAINST STALLION

COMES NOW, Defendant-in-Cross-Claim United States of America ("United States"), through undersigned counsel, and respectfully answers the cross-claim of Plaintiff-in-Cross-Claim Stallion Oilfield Services, Ltd. ("Stallion") (ECF No. 15), as follows:

1      The United States, answering paragraph I of Stallion's cross-claim, state that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

2.      The United States, answering paragraph II of the cross-claim, admits the allegations contained therein.

3.      The United States, answering paragraph III of the cross-claim, admits that the M/V MISSISSIPPI is a public vessel operated by the United States Army Corps of Engineers.  It denies all other allegations in the paragraph.

4.      The United States, answering paragraph IV of the cross-claim, states that the allegations contained therein are conclusions of law that are respectfully referred to the Court for determination and to which no response is required.  To the extent a response is deemed required, the United States denies the allegations contained therein.

1

5.     The United States, answering paragraph V of the cross-claim, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and, therefore, denies the same.

6.     The United States, answering paragraph VI of the cross-claim, states that the allegations contained therein are conclusions of law that are respectfully referred to the Court for determination and to which no response is required.  To the extent a response is deemed required, the United States denies the allegations contained therein.

7.     The United States, answering paragraphs VII, VIII, IX, X and XI of the cross-claim, denies each and every allegation contained therein.

8.     The United States, answering the "wherefore" paragraph of the cross-claim, denies that Stallion is entitled to any of the relief requested therein.

9.     The United States repeats and incorporates herein the Affirmative and Other Defenses stated in its Answer (ECF No. 14), as if fully set forth herein.

## UNITED STATES' CROSS-CLAIM AGAINST STALLION

1.

The United States incorporates herein the allegations made by Plaintiff Chad Blanchard against Stallion Oilfield Services, Ltd., as set forth in paragraphs 2B, 4, 5, 14, 15, 17, 18, 20, 22 and 24 of Plaintiff's Complaint (ECF No. 1) and Plaintiff's First Supplemental and Amending Complaint (ECF No. 10), as if fully set forth herein.

2.

The United States denies it was negligent or otherwise at fault in causing or contributing to Blanchard's alleged accident.  In the event, however, that the United States becomes liable to pay any sums to Blanchard in the main demand, by settlement or judgment, then the United

States is entitled to contribution from Stallion because of Stallion's negligent acts or omissions, or other faults of Stallion that caused or contributed to Blanchard's alleged injuries.

WHEREFORE, the United States of America respectfully requests that judgment for contribution be entered in favor of the United States against Stallion Oilfield Services, Ltd., for any sums that the United States may be obligated to pay to Plaintiff Chad Blanchard in the main demand, by settlement or judgment, including costs, attorneys' fees, and such other relief as the Court may deem just and appropriate.

DATED:  April 29, 2013

>Respectfully submitted,
>
>STUART F. DELERY
>Acting Deputy Assistant Attorney General
>
>STEPHANIE A. FINLEY
>United States Attorney
>
>JENNIFER B. FREDERICK (#23633)
>Assistant United States Attorney
>
>
>/s/  Stephen M. Ketyer
>STEPHEN M. KETYER
>Trial Attorney
>Aviation/Admiralty Litigation
>Torts Branch, Civil Division
>U.S. Department of Justice
>P.O. Box 14271
>Washington, DC 20044-4271
>stephen.ketyer@usdoj.gov
>(202) 616-4034
>(202) 616-4159 (Fax)
>*Attorneys for United States of America*

OF COUNSEL:

ALLEN SCOTT BLACK
Assistant District Counsel
Memphis District
U.S. Army, Corps of Engineers
167 N. Main Street, Rm. B-202
Memphis, TN  38103
allen.s.black@usace.army.mil
(901)544-3662
(901)544-3336 (Fax)

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 29, 2013, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record, by operation of the Court's electronic filing system.

/s/  Stephen M. Ketyer
STEPHEN M. KETYER
Trial Attorney – U.S. Department of Justice