UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

CHAD BLANCHARD

VERSUS

THE UNITED STATES OF AMERICA
THROUGH ITS AGENCY THE UNITED
STATES ARMY CORPS OF ENGINEERS

CIVIL ACTION NO: 12-3140

JUDGE DOHERTY

MAGISTRATE JUDGE HANNA

### STALLION OILFIELD SERVICES, LTD.'S ANSWER TO UNITED STATES' CROSS-CLAIM

NOW INTO COURT, through undersigned counsel, comes Defendant, **STALLION OILFIELD SERVICES, LTD.**, ("Stallion") who provides the following ANSWER to CROSS-CLAIM of **THE UNITED STATES OF AMERICA**, ("United States") and upon information and belief, admits, denies, and avers as follows:

1.

Stallion contends that the allegations of Paragraph 1 of the Cross-Claim are directed to another party and, therefore, no response by Stallion is required. To the extent that an answer is deemed necessary, said allegations are denied for lack of sufficient information to justify a belief therein.

2.

Stallion admits the allegations of Paragraph 2 of the Cross-Claim.

3.

Stallion denies that the United States is entitled to any relief sought in the "wherefore" paragraph of its Cross-Claim.

4.

Stallion repeats and incorporates herein the Affirmative and Other Defenses stated in its Answer (ECF NO. 15), as if fully set forth herein.

WHEREFORE, Defendant, Stallion Oilfield Services, Ltd., prays that judgment be entered dismissing the Cross-Claim of Defendant, United States of America.

Respectfully submitted,

BLUE WILLIAMS, L.L.P.

/s/ Scott A. Soule
_____
SCOTT A. SOULE, T.A. #20379
JADE C. MCKEOUGH, #28147
3421 North Causeway Blvd., Suite 900
Metairie, LA 70002
Telephone: (504) 830-4977
Facsimile: (504) 849-3883
**ATTORNEYS FOR STALLION OILFIELD SERVICES LTD.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of May, 2013, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this fling will be sent to opposing counsel by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to all non-CM/ECF participants.

/s/ Scott A. Soule
_____
SCOTT A. SOULE