# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **CHAD BLANCHARD** | **CIVIL ACTION NO.  6:12CV3140** |
| **VERSUS** | **JUDGE DOHERTY** |
| **USA** | **MAGISTRATE JUDGE HANNA** |

## ORDER OF REFERENCE

Considering the consents to trial filed by all parties in this action, **IT IS HEREBY ORDERED** that the above-captioned case be, and the same is hereby referred to the Honorable **Patrick J. Hanna**, United States Magistrate Judge, to conduct all further proceedings and the entry of judgment.

THUS DONE AND SIGNED  June 4, 2013.

Rebecca F.  Doherty
United States District Judge