RECEIVED

JUN -5 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CHAD BLANCHARD | CIVIL ACTION NO. 6:12CV3140 |
| VERSUS | JUDGE DOHERTY |
| USA | MAGISTRATE JUDGE HANNA |

## ORDER OF REFERENCE

Considering the consents to trial filed by all parties in this action, **IT IS HEREBY ORDERED** that the above-captioned case be, and the same is hereby referred to the Honorable **Patrick J. Hanna**, United States Magistrate Judge, to conduct all further proceedings and the entry of judgment.

THUS DONE AND SIGNED June 5, 2013.

Rebecca F. Doherty
United States District Judge