UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

CHAD BLANCHARD                             CIVIL ACTION NO. 12-cv-3140

VERSUS

USA, ET AL                                 MAGISTRATE JUDGE HANNA

SCHEDULING CONFERENCE ORDER

A telephone scheduling conference is set for **June 18, 2013, at 11:00 a.m.** for discussion of case status and selection of a trial date, on referral of this matter to the undersigned by consent of the parties.   Counsel for plaintiff shall initiate the call to chambers at **(337) 593-5140.**  At least one attorney for each party **shall** participate in the conference.

Signed at Lafayette, Louisiana June 7, 2013.

_____
Patrick J. Hanna
United States Magistrate Judge