UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

CHAD BLANCHARD                                    CIVIL ACTION NO. 12-cv-3140

VERSUS

U.S.A., ET AL                                     MAGISTRATE JUDGE HANNA

SCHEDULING CONFERENCE MINUTES

A telephone scheduling conference was held on June 18, 2013, beginning at 11:00 a.m. and concluding at 11:11 a.m.[1]  Participating were Jason Welborn, for the plaintiff; Stephan Ketyer and Jennifer Frederick for the USA, and Scott Soule, for Stallion Oilfield Services.  The parties discussed general case status and all agree that the matter can be tried in three days in early 2014.  Thus, the matter will be reset for trial on February 18, 2014, with a pretrial conference to be set for February 4, 2014, at 10:00 a.m.  The existing scheduling order will be vacated and set aside, and a new scheduling order will be confected.  A separate Order will issue accordingly.

Signed at Lafayette, Louisiana this 18th day of June, 2013.

_____
Patrick J. Hanna
United States Magistrate Judge

---

[1] Statistical time 11 minutes.