UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

CHAD BLANCHARD                                                    CIVIL ACTION NO. 12-cv-3140

VERSUS

U.S.A., ET AL                                                              MAGISTRATE JUDGE HANNA

**ORDERS**

On the transfer of the captioned matter for trial by the undersigned, by consent of the parties,

**IT IS ORDERED THAT** the trial of this matter, previously set for June 2, 2014 is hereby cancelled and **RESET for February 18, 2014,** before the undersigned in Courtroom 7;

**IT IS FURTHER ORDERED THAT** the pretrial conference previously set for May 21, 2014 is likewise cancelled and **RESET for February 4, 2014**, at 10:00 a.m. in the chambers of the undersigned.

**IT IS FINALLY ORDERED THAT** the previously-issued Scheduling Order [Doc. 19] is hereby VACATED, and the Clerk is instructed to issue a new Scheduling Order consistent with the new trial date.

Signed at Lafayette, Louisiana this 18th day of June, 2013.

_____
Patrick J. Hanna
United States Magistrate Judge