UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| CHAD BLANCHARD | CIVIL ACTION NO:12-3140 |
| VERSUS | |
| | JUDGE DOHERTY |
| THE UNITED STATES OF AMERICA THROUGH ITS AGENCY THE UNITED STATES ARMY CORPS OF ENGINEERS | MAGISTRATE JUDGE HANNA |

## MOTION TO ENROLL ADDITIONAL COUNSEL

NOW INTO COURT, through undersigned counsel, comes plaintiff, **CHAD BLANCHARD**, who moves this Honorable Court for an order allowing Jacob H. Hargett, of the law firm Joseph F. Gaar, Jr., APLC, to enroll as additional counsel of record in this proceeding for plaintiff, **CHAD BLANCHARD.**

**WHEREFORE**, premises considered, plaintiff, **CHAD BLANCHARD,** respectfully prays that Jacob H. Hargett, of the law firm Joseph F. Gaar, Jr., APLC, be enrolled as additional counsel of record in this proceeding.

Respectfully submitted:

BY: _____
JOSEPH F. GAAR, JR. # 16927
JASON M. WELBORN # 26548
WILLARD P. SCHIEFFLER #25862
LUCAS S. COLLIGAN #31761
JACOB H. HARGETT #32490
Attorneys at Law
617 S. Buchanan Street
Lafayette, Louisiana 70501
Phone: (337) 233-3185
Fax:    (337) 233-0690
Email: joseph@gaarlaw.com
       jason@gaarlaw.com
       will@gaarlaw.com
       lucas@gaarlaw.com
       jacob@gaarlaw.com
**Attorneys for Plaintiff,
CHAD BLANCHARD**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was forwarded to all counsel of record by the court's CM/ECF filing system Lafayette, Louisiana, this ___ day of June, 2013.

_____
JASON M. WELBORN