UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| CHAD BLANCHARD | CIVIL ACTION NO:12-3140 |
| VERSUS | |
| | JUDGE DOHERTY |
| THE UNITED STATES OF AMERICA THROUGH ITS AGENCY THE UNITED STATES ARMY CORPS OF ENGINEERS | MAGISTRATE JUDGE HANNA |

## ORDER

**CONSIDERING THE FOREGOING;**

IT IS HEREBY ORDERED, that Jacob H. Hargett, of the law office of Joseph F. Gaar, Jr., APLC, be and are hereby enrolled as additional counsel of record in the above captioned matter.

Lafayette, Louisiana this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA