UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

CHAD BLANCHARD                              CIVIL ACTION NO:12-3140

VERSUS
                                            JUDGE DOHERTY

THE UNITED STATES OF AMERICA
THROUGH ITS AGENCY THE UNITED
STATES ARMY CORPS OF ENGINEERS              MAGISTRATE JUDGE HANNA

---

## ORDER

---

CONSIDERING THE FOREGOING;

IT IS HEREBY ORDERED, that Jacob H. Hargett, of the law office of Joseph F. Gaar,

Jr., APLC, be and are hereby enrolled as additional counsel of record in the above captioned

matter.

Lafayette, Louisiana this 20th day of    June                , 2013.

_____
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA