UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

CHAD BLANCHARD                                    CIVIL ACTION NO: 12-3140

VERSUS
                                                  JUDGE DOHERTY
THE UNITED STATES OF AMERICA
THROUGH ITS AGENCY THE UNITED
STATES ARMY CORPS OF ENGINEERS                    MAGISTRATE JUDGE HANNA

### EXPARTE MOTION AND ORDER TO WITHDRAW
### AND SUBSTITUTE ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Defendant, Stallion Oilfield

Services, Ltd., upon suggesting to the Court that Jade C. McKeough (#28147) is no longer

associated with Blue Williams, L.L.P., and upon further suggesting to the Court that Claimant

wishes to enroll Josephine A. Hood (#33894) as additional counsel of record, move for the

attached Order be entered.

Respectfully submitted,

BLUE WILLIAMS, L.L.P.

*/s/ Scott A. Soule*

_____
SCOTT A. SOULE – Bar #20379
*ssoule@bluewilliams.com*
3421 N. Causeway Boulevard, Suite 900
Metairie, LA  70002
Telephone:  (504) 831-4091
Facsimile:  (504) 849-3033
ATTORNEY FOR DEFENDANT,
STALLION OILFIELD SERVICES, LTD.

1828141-1

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November, 2013, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to opposing counsel by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to all non-CM/ECF participants.

/s/ Scott A. Soule

_____