UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| CHAD BLANCHARD | CIVIL ACTION NO: 12-3140 |
| VERSUS | |
| | JUDGE DOHERTY |
| THE UNITED STATES OF AMERICA THROUGH ITS AGENCY THE UNITED STATES ARMY CORPS OF ENGINEERS | MAGISTRATE JUDGE HANNA |

### ORDER

Considering the foregoing Motion to Substitute Additional Counsel of Record;

IT IS ORDERED that Jade C. McKeough's name be withdrawn from the docket sheet as the co-counsel of record for Plaintiffs; and

IT IS FURTHER ORDERED that the Clerk of this Court is hereby instructed and directed to add the name, Josephine A. Hood of Blue Williams, L.L.P. to the docket sheet as additional counsel for Defendant.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2013.

_____
J U D G E