UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

CHAD BLANCHARD                                CIVIL ACTION NO: 12-3140

VERSUS

                                              JUDGE DOHERTY
THE UNITED STATES OF AMERICA
THROUGH ITS AGENCY THE UNITED
STATES ARMY CORPS OF ENGINEERS                MAGISTRATE JUDGE HANNA

**ORDER**

Considering the foregoing Motion to Substitute Additional Counsel of Record;

IT IS ORDERED that Jade C. McKeough's name be withdrawn from the docket sheet as the co-counsel of record for ~~Plaintiffs and~~ Stallion Oilfield Services Ltd.

IT IS FURTHER ORDERED that the Clerk of this Court is hereby instructed and directed to add the name, Josephine A. Hood of Blue Williams, L.L.P. to the docket sheet as additional counsel for Defendant., Stalllion Oilfield Services, Ltd.

~~NEW ORLEANS~~ LAFAYETTE, LOUISIANA, this 15th day of November, 2013.

_____
JUDGE