# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE DIVISION

| | | |
|---|---|---|
| **CHAD BLANCHARD** | ) | **IN ADMIRALTY** |
| | ) | |
| *VERSUS* | ) | **CIVIL ACTION NO.  12-3140** |
| | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | **MAGISTRATE JUDGE HANNA** |
| *ET AL.* | ) | |
| | ) | |

## PARTIES' JOINT MOTION TO CONTINUE THE TRIAL DATE

COME NOW, PLAINTIFF CHAD BLANCHARD, DEFENDANT UNITED STATES OF AMERICA, and CO-DEFENDANT STALLION OILFIELD SERVICES, LTD. (collectively, "the Parties") each through his undersigned counsel, who respectfully move this Court for an Order continuing the trial of the matter on the following grounds:

1.

A bench trial is currently scheduled for February 18, 2014, before the Honorable Patrick J. Hanna, MJ.  Scheduling Order, 6/19/2013, ECF No. 26.

2.

This case is a civil action brought by Plaintiff who alleges he was injured aboard his employer's moored tugboat as the result of a wake generated by a passing Army Corps of Engineers' vessel.  Subject matter jurisdiction against the United States is alleged under the Public Vessels Act; and against Stallion, under the Jones Act.  The defendants have also cross-claimed for contribution.

3.

Plaintiff is expected to undergo surgery early in 2014, which he alleges is directly related to his injury in this case. The procedure is a right ulnar nerve transposition surgery. It is doubtful that Plaintiff's damages can accurately be fixed or medical status ascertained by the time of the present trial date.

4.

At this time, the Parties have completed five fact witness depositions and one more deposition is anticipated: Corps of Engineers' employee Capt. Leo Hendrix, who is presently the acting master of the Corps' vessel in question, was away on leave during much of 2013. He recently returned to full-time active duty and is expected to be available to appear at trial. Plaintiff wants the opportunity to depose Capt. Hendrix.

5.

The Parties have exchanged expert reports, but any evaluations concerning the status of Plaintiff's medical improvement must be held in abeyance until the results of the surgery are known.

6.

Finally, the United States intends to move for leave to file a summary judgment motion out of time (originally scheduled for December 16, 2013), based on its own expert report. Plaintiff has said he will oppose the motion for leave.

7.

Based upon the information above and in the interest of justice, the Parties respectfully and jointly move this Court to upset and continue trial and all pretrial deadlines, at a subsequent status conference.

**WHEREFORE**, the Parties respectfully request this motion be granted, and the trial date presently scheduled for February 18, 2014, be upset and rescheduled, as well as all pretrial deadlines.

DATED:  January 8, 2013

Respectfully submitted,

**ON BEHALF OF PLAINTIFF CHAD BLANCHARD:**

*s/ Jason M. Welborn*   (with permission)                    *1/08/2014*
_____     DATED:  _____
JASON M. WELBORN (#26548)
JOSEPH F. GAAR, JR. (#16927)
Attorneys at Law
P.O. Box 2053
Lafayette, LA 70502
(337) 233-3185
(337) 233-0690 (fax)
*Attorneys for Plaintiff Chad Blanchard*

**ON BEHALF OF DEFENDANT STALLION OILFIELD SERVICES, LTD.:**

*s/ Scott A. Soule* (with permission)                    *1/08/2014*
_____     DATED:  _____
SCOTT A. SOULE, T.A. (#20379)
JOSEPHINE A. HOOD (#33894)
Blue Williams, L.L.C.
3421 N. Causeway Blvd., Ste. 900
Metairie, LA 70002-3760
(504) 830-4977
(504) 849-3883 (fax)
*Attorneys for Defendant Stallion Oilfield Services, Ltd.*

**FOR DEFENDANT UNITED STATES OF AMERICA:**


*s/ Stephen M. Ketyer*                                                      *1/08/2014*
_____         DATED: _____
JENNIFER B. FREDERICK (#23633)
Assistant United States Attorney
STEPHEN M. KETYER
Trial Attorney
Aviation & Admiralty Litigation Section
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, DC 20044-4271
 (202) 616-4034
(202) 616-4159 (fax)
*Attorneys for Defendant United States of America*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 8, 2014, a copy of the foregoing, with supporting memorandum and proposed Order, were filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record, by operation of the Court's electronic filing system.

*s/ Stephen M. Ketyer*

_____
STEPHEN M. KETYER
Trial Attorney – U.S. Department of Justice