**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| **CHAD BLANCHARD** | ) | **IN ADMIRALTY** |
| | ) | |
| **VERSUS** | ) | **CIVIL ACTION NO. 12-3140** |
| | ) | |
| **THE UNITED STATES OF AMERICA,** *ET AL.* | ) | **MAGISTRATE JUDGE HANNA** |
| | ) | |

**ORDER**

Considering the foregoing Parties' Joint Motion to Continue Trial Date filed by Defendant, the United States of America, and for good cause shown,

IT IS ORDERED that the Motion to Continue Trial Date is GRANTED.

IT IS FURTHER ORDERED that the bench trial scheduled for February 18, 2014, is hereby upset and will be rescheduled, along with all pending deadlines, at a status conference to be held on _____, 2014, at _____.

THUS DONE AND SIGNED this _____ day of _____, 2014, at Lafayette, Louisiana.

                                    _____
                                    HONORABLE PATRICK J. HANNA
                                    UNITED STATES MAGISTRATE JUDGE