UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

CHAD BLANCHARD                         CIVIL ACTION NO. 12-cv-3140

VERSUS

U.S.A., ET AL                          MAGISTRATE JUDGE HANNA


SCHEDULING CONFERENCE MINUTES

A telephone scheduling conference was held on January 21, 2014, beginning at 10:00 a.m. and concluding at 10:12 a.m.[1]  Participating were Jason Welborn, for the plaintiff; Stephan Ketyer, Allen Scott Black and Jennifer Frederick for the USA,  and Josephine Hood, for Stallion Oilfield Services.  The parties discussed general case status and all agree that the matter can be tried in four days in mid-2014.  Thus, the matter will be reset for trial on **JUNE 17, 2014**, with a pretrial conference to be set for JUNE 6, 2014, at 9:30 a.m.  The existing scheduling order will be vacated and set aside, and a new scheduling order will be confected.  A separate Order will issue accordingly.

Signed at Lafayette, Louisiana this 21st day of June, 2014.

_____
Patrick J. Hanna
United States Magistrate Judge

_____

[1]Statistical time 12 minutes.