UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **CHAD BLANCHARD** | **CIVIL ACTION NO. 6:12-CV-3140** |
| **VERSUS** | **MAGISTRATE JUDGE PATRICK J. HANNA** |
| **USA** | **BY CONSENT OF THE PARTIES** |

### SCHEDULING ORDER

The following case-specific deadlines are hereby set in accordance with Rule 16(b) FED.R.CIV.P.:

**BENCH TRIAL:**            June 17, 2014 at 9:30 AM in Lafayette before Magistrate Judge Patrick J. Hanna  *(Counsel shall report to the chambers of the undersigned 30 minutes prior to trial)*

**PRETRIAL CONFERENCE:**    June 06, 2014 at 9:30 AM in Lafayette before Magistrate Judge Patrick J. Hanna

---

**PRETRIAL DEADLINES:**     **FOR:**

1. **Initial Disclosures.** *See* FED.R.CIV.P. 26 (a)(1).
   Under Rule 26(a)(1), "[a]ny party first served or otherwise joined after the Rule 26(f) conference must make these disclosures within 30 days after being served or joined."

2. **Rule 26(f)Conference of Parties.** *See* FED.R.CIV.P. 26(f).
   *Note: No discovery may take place before the conference absent agreement of the parties or court order.* FED.R.CIV.P. 26(d)(1).

3. **Rule 26(f) Report to Court.** Format available at www.lawd.uscourts.gov and FED.R.CIV.P. 26(f).

2/6/2014
*120 days before PTC*

4. **Joinder of Parties and Amendment of Pleadings.** *See* FED.R.CIV.P. 14 and 15.

**Plaintiff's Expert Info/Reports.** *See* FED.R.CIV.P. 26(a)(2)(B).
Counsel are cautioned that experts will not be allowed to testify to material not contained within their reports.

| | | |
|---|---|---|
| Within 5 days of receipt | 5. | **Furnishing copies of reports of treating physicians.** |
| 3/24/2014<br>*75 days before PTC* | 6. | **Phase I Discovery Deadline**<br>"Phase I discovery" is the deadline for all discovery *except* discovery that relates to the reliability of electronically generated exhibits or aids and depositions of trial experts. Production of all electronically generated exhibits and aids is due by the Phase I deadline.<br><br>**Production of Electronically Generated Exhibits or Aids.**<br>"Electronically generated exhibits or aids" refers to any exhibit or demonstrative aid for use at trial which is created in whole or in part with the aid of computer software. Any party intending to use such an exhibit must allow opposing counsel to examine the exhibit or a copy thereof and all underlying assumptions and/or software, on or before the deadline. |
| 4/2/2014<br>*65 days before PTC* | 7. | **Defendant's Expert Reports.** *See* FED.R.CIV.P. 26(a)(2)(B).<br>*Counsel are cautioned that experts will not be allowed to testify to material not contained within their reports* |
| 4/17/2014<br>*50 days before PTC* | 8. | **Phase II Discovery**<br>Phase II discovery includes only discovery related to electronically generated exhibits or aids.<br><br>**Dispositive Motions*** |
| 4/17/2014<br>*50 days before PTC* | 9. | ***Daubert* Motions***<br>"Daubert Motions" refers to motions in limine or other challenges to expert testimony and exhibits or demonstrative aids based upon such testimony on grounds that they are not relevant or reliable under the standards set forth in Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579, 113 S.Ct.2786, 125 L.Ed.2d 469 (1993) and Kumho Tire Co., Ltd. v. Carmichael, 526 U.S. 137, 119 S.Ct. 1167, 143 L.Ed.2d 238 (1999). This deadline applies to motions challenging the use of electronically generated exhibits and aids. |
| 5/7/2014<br>*30 days before PTC* | 10. | **Expert Depositions of Trial Experts** |
| 5/19/2014<br>*20 days before PTC* | 11. | **Motions in Limine.*** |

| | | |
|---|---|---|
| 5/19/2014<br>*20 days before PTC* | 12. | **Meeting of Counsel to Complete Pretrial Order.**<br>*Meeting must include all TRIAL counsel, but may be by telephone unless otherwise ordered by court.  Signatures may be original or by fax after review.*<br><br>**Trial Depositions on all depositions for use at trial, whether video or oral only.** |
| 5/30/2014<br>*7 days before PTC* | 13. | **Pretrial Order to be Filed with Clerk.*** Format available at www.lawd.uscourts.gov and FED.R.CIV.P. 26(a)3.<br><br>For Jury Trials:<br>    *Jury Instructions/Interrogatories:* A single jointly-submitted document shall be attached to the Pretrial Order addressing jury instructions and interrogatories.  See Pretrial Order for detailed description of format.<br><br>For Bench Trials:<br>    *Trial briefs:* Each party shall file with the Clerk of Court AND DELIVER A COPY TO JUDGE HANNA'S CHAMBERS Proposed Findings of Fact and Conclusions of Law and/or a trial outline as per instructions of the court. |
| 6/10/2014<br>(*7 days before trial*) | | **Bench Books:**<br>    The parties shall submit an original and three bench books to JUDGE HANNA'S CHAMBERS seven (7) days prior to trial. A third copy of the bench book shall be placed at the witness stand on the morning of the trial.<br><br>**Real Time Glossary**<br>    The real time glossary shall be delivered to the Clerk in Lafayette for transmittal to the court reporter.  The glossary shall contain all "key word indexes" from all depositions taken in the case, all witness lists, exhibit lists and copies of all expert reports.<br><br>**CD ROM Exhibits**<br>    In cases where exhibits are to be presented by CD Rom, the CD must be delivered to the Clerk in Lafayette |

---

**All matters marked with an asterisk (*) or which are filed within 30 days of the Pretrial Conference or thereafter, or which otherwise require the court's IMMEDIATE attention, must be provided under separate cover to the chambers of Magistrate Judge Patrick J. Hanna, 800 Lafayette St., Suite 3500, Lafayette, LA 70501.  All matters which must be exchanged among counsel must be exchanged by hand or certified mail, unless all counsel agree otherwise, IN WRITING, or this court orders otherwise.**

**All time deadlines in this Order are case-specific and will override the time deadlines for the same matter as found in the applicable Federal Rules of Civil Procedure. All other deadlines within the Federal Rules of Civil Procedure shall govern this case and shall be enforced by this Court. Counsel should note amended Rule 37(c)(1) and Rule 26.**

**The Court shall enforce Rule 30, particularly Rule 30(a)(2)(A) (ten-deposition rule) and 30(d)(2) (depositions normally limited to one day/7 hours), absent written stipulation of the parties or court order. The Court shall enforce Rule 26, unless changed by this case specific order or subsequent court order.**

    Lafayette, Louisiana, this 19th day of February, 2014.

                        Patrick J. Hanna  
                        United States Magistrate Judge  
                        800 Lafayette Street, Suite 3500  
                        Lafayette, Louisiana 70501  
                        (337) 593-5140 (phone) 593-5155 (fax)

.

PREPARED  
DATE: 2/19/2014  
BY:  efa