UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

CHAD BLANCHARD                                    CIVIL ACTION NO. 12-cv-3140

VERSUS

U.S.A., ET AL                                     MAGISTRATE JUDGE HANNA

MINUTES

A telephone status conference was held on May 30, 2014, beginning at 11:00 a.m. and concluding at 11:10 a.m.[1]  Participating were Jason Welborn, for the plaintiff; Stephan Ketyer and Andrew Cherry for the USA, and Josephine Hood, for Stallion Oilfield Services.  The parties discussed general case status and all agree that the matter will be ready for trial on June 17, 2014.  At the parties' request, the deadline for submission of proposed findings of fact/conclusions of law will be extended until Wednesday, June 4, 2014, and the pretrial conference will remain on the calendar as set in the scheduling order.

Signed at Lafayette, Louisiana this 30th day of May, 2014.

_____
Patrick J. Hanna
United States Magistrate Judge

---

[1] Statistical time 10 minutes.