UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

CHAD BLANCHARD                              CIVIL ACTION NO. 12-cv-3140

VERSUS

U.S.A., ET AL                               MAGISTRATE JUDGE HANNA

MINUTES

A pretrial conference was held on the record, on June 6, 2014, beginning at 9:30 a.m. and concluding at 10:40 a.m.[1] Participating were Jason Welborn and Jacob Hargett, for the plaintiff; Stephan Ketyer and Jennifer Frederick for the USA, and Scott Soule for Stallion Oilfield Services. The parties discussed general case status and all agree that the matter will likely proceed to trial on June 17, 2014. The undersigned discussed with counsel the pretrial order and confirmed the scope of the stipulations reached in advance of trial. The court responded to questions regarding introduction of evidence, redaction of deposition transcripts for submission to the court, and use of economic expert reports in lieu of live testimony at trial.

It was agreed that in lieu of live testimony at trial, the records and reports of the following witnesses will be used: Dr. G.Gregory Gidman, Dr. G. Randolph

---

[1] Statistical time 1 hour and 10 minutes.

Rice, and Dr. Ken Boudreaux. Dr. Louis Blanda's testimony will be presented by deposition, and the parties were instructed on the court's preferred editing method for that submission. Plaintiff's counsel indicated that witness Troy Simar has yet to be served with a trial subpoena despite efforts to do so. In the event he cannot be served, the court will address any objections to use of the witness's deposition at trial. The parties have scheduled the deposition of witness Leo Hendrix for June 10, 2014, and it is expected that deposition will be used at trial in lieu of live testimony. The defendants' vocational rehabilitation expert Bob Gisclair has scheduling issues after June 17, and the court will allow his testimony to be taken on the first day of trial and out of order, if necessary.

The undersigned informed the parties of his intent to read all evidentiary submissions prior to the start of trial. Bench books (2 from each party) must be submitted to the chambers of the undersigned not later than June 10, 2014, and the parties will endeavor to agree upon a medical summary to avoid introduction of voluminous medical documents into the record. Any remaining objections to exhibits or witnesses will be addressed at trial.

Plaintiff's counsel declared that no punitive damages will be sought at trial for alleged failure to properly pay maintenance and cure benefits, but compensatory damages will be sought. Defense counsel clarified that no

surveillance evidence will be offered for admission at trial. The government defendant offered the court the opportunity to visit the M/V MISSISSIPPI in advance of trial for orientation purposes, and, while the undersigned finds that prospect inviting, it is not necessary.

The parties were reminded that trial will be held in Courtroom 4 to allow for electronic exhibit presentation, and they were offered a training opportunity with the electronic equipment in advance of trial. In the event the parties should reach a settlement before the trial date, they are asked to notify the court as soon as possible.

Signed at Lafayette, Louisiana this 6th day of June, 2014.

_____
Patrick J. Hanna
United States Magistrate Judge