UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

PRESENT: HON. PATRICK J. HANNA, JUDGE, Presiding           Date: June 17, 2014
LaRae Bourque, Court Reporter
Evelyn Alexander, Minute Clerk
COURT OPENED: 9:30 A.M.     COURT ADJOURNED: 5:15 P.M.     TIME IN COURT: 6:30

MINUTES OF COURT
BENCH TRIAL

CASE NO. 6:12-CV-3140      MAGISTRATE JUDGE HANNA      BY CONSENT OF THE PARTIES

CHAD BLANCHARD     VS.     USA

APPEARANCES

| | | |
|---|---|---|
| Jason M Welborn & Jacob H Hargett | FOR | Chad Blanchard |
| Jennifer B Frederick & Stephen M Ketyer | FOR | USA |
| Scott A Soule & Josephine A Hood | FOR | Stallion Oilfield Services Ltd |

CASE CALLED FOR                          FILINGS:
___ Hearing on motions
___ Jury selection only
_X_ Trial without jury 1st day
___ Other

PROCEEDINGS:
_X_ Witnesses sequestered
_X_ Opening statement waived - plaintiff
_X_ Opening statement waived - defendants
_X_ Testimony & evidence for pltf., not concluded
___ Testimony & evidence for deft., not concluded
___ Rebuttal testimony & evidence, not concluded
___ Evidence closed
___ Evidence left open for _____
___ Case argued
___ Jury instructed
___ Alternate juror(s) excused
___ Jury deliberations began at * .M.
___ Jury verdict returned at *.M.
___ Jury polled
___ Case ruled on by the Court - See below
___ Case taken under advisement
___ Briefing times - See below
___ Mistrial declared

VERDICT, RULING, COMMENTS:

Case laid over to the following day at 9:30 a.m.