UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

PRESENT: HON. PATRICK J. HANNA, JUDGE, Presiding      Date: June 18, 2014
         LaRae Bourque, Court Reporter
         Evelyn Alexander, Minute Clerk
COURT OPENED: 9:25 A.M.      COURT ADJOURNED: 5:20 P.M.      TIME IN COURT: 6:30

MINUTES OF COURT
BENCH TRIAL

CASE NO. 6:12-CV-3140      MAGISTRATE JUDGE HANNA      BY CONSENT OF THE PARTIES

CHAD BLANCHARD    VS.    USA

APPEARANCES

| | | |
|---|---|---|
| Jason M Welborn & Jacob H Hargett | FOR | Chad Blanchard |
| Jennifer B Frederick, Stephen M Ketyer, Edmund M Ferguson | FOR | USA |
| Scott A Soule & Josephine A Hood | FOR | Stallion Oilfield Services Ltd |

CASE CALLED FOR      FILINGS:
___ Hearing on motions
___ Jury selection only
_X_ Trial without jury 2nd day
___ Other

PROCEEDINGS:
_X_ Witnesses sequestered
___ Opening statement - plaintiff
___ Opening statement- defendants
_X_ Testimony & evidence for pltf., concluded
_X_ Testimony & evidence for deft., not concluded
___ Rebuttal testimony & evidence, not concluded
___ Evidence closed
___ Evidence left open for _____
___ Case argued
___ Jury instructed
___ Alternate juror(s) excused
___ Jury deliberations began at * .M.
___ Jury verdict returned at *.M.
___ Jury polled
___ Case ruled on by the Court - See below
___ Case taken under advisement
___ Briefing times - See below
___ Mistrial declared

VERDICT, RULING, COMMENTS:

Oral Motion to Enroll Edmund M. Ferguson pro hac vice by the USA is hereby GRANTED.

Case laid over to the following day at 9:30 a.m.