UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

PRESENT: HON. PATRICK J. HANNA, JUDGE, Presiding          Date: June 20, 2014
LaRae Bourque, Court Reporter
Evelyn Alexander, Minute Clerk

COURT OPENED: 1:35 A.M.          COURT ADJOURNED: 2:40 P.M.          TIME IN COURT: 1:05

MINUTES OF COURT
BENCH TRIAL

CASE NO. 6:12-CV-3140          MAGISTRATE JUDGE HANNA          BY CONSENT OF THE PARTIES

CHAD BLANCHARD     VS.     USA

APPEARANCES

| | | |
|---|---|---|
| Jason M Welborn & Jacob H Hargett | FOR | Chad Blanchard |
| Jennifer B Frederick, Stephen M Ketyer, Edmund M Ferguson | FOR | USA |
| Scott A Soule | FOR | Stallion Oilfield Services Ltd |

CASE CALLED FOR                    FILINGS: Witness List
___ Hearing on motions                      Exhibit List
___ Jury selection only
_X_ Trial without jury 4th day
___ Other

PROCEEDINGS:
___ Witnesses sequestered
___ Opening statement- plaintiff
___ Opening statement- defendants
___ Testimony & evidence for pltf., not concluded
___ Testimony & evidence for deft., concluded
___ Rebuttal testimony & evidence, not concluded
___ Evidence closed
___ Evidence left open for _____
___ Case argued
___ Jury instructed
___ Alternate juror(s) excused
___ Jury deliberations began at * .M.
___ Jury verdict returned at *.M.
___ Jury polled
_X_ Case ruled on by the Court - See below
___ Case taken under advisement
___ Briefing times - See below
___ Mistrial declared

VERDICT, RULING, COMMENTS:

IT IS ORDERED that judgment be entered in favor of plaintiff, Chad Blanchard, and against defendant, USA. As to the cross-claim, IT IS FURTHER ORDERED that judgment be entered in favor of cross-claimant, Stallion Oilfield Services Ltd, and against cross-defendant, USA. Oral reasons read into the record.

Judgment by the Court will follow.