UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**CHAD BLANCHARD**  CASE NO. 6:12-CV-3140

**VERUS**  MAGISTRATE JUDGE HANNA

**USA**  BY CONSENT OF THE PARTIES

EXHIBITS
Bench Trial

PARTY: __Joint__

| EXHIBIT NUMBER | DESCRIPTION & REMARK | IDENTIFIED | OFFERED | ADMITTED | WITNESS |
|---|---|---|---|---|---|
| 1 | Tax returns and earnings information of plaintiff, Chad Blanchard | 6/17/2014 | 6/17/2014 | 6/17/2014 | Blanchard |
| 2 | Boat logs from M/V ALLURA | 6/17/2014 | 6/17/2014 | 6/17/2014 | Blanchard |
| 3 | Accident report of Stallion Offshore Ltd re the accident of Chad Blanchard | 6/17/2014 | 6/17/2014 | 6/17/2014 | Blanchard |
| 4 | Photographs taken of the M/V ALLURA | 6/17/2014 | 6/17/2014 | 6/17/2014 | |
| 5 | Photographs of the M/V MISSISSIPPI | 6/17/2014 | 6/17/2014 | 6/17/2014 | Blanchard |
| 6 | Vessel specifications for the M/V MISSISSIPPI | 6/17/2014 | 6/17/2014 | 6/17/2014 | |
| 7 | Vessel specification for the M/V ALLURA (Certificate of Documentation) | 6/17/2014 | 6/17/2014 | 6/17/2014 | Dr. Reed |
| 8 | Log books from the M/V MISSISSIPPI for the relevant dates | 6/17/2014 | 6/17/2014 | 6/17/2014 | Blanchard |
| 9 | U.S. Coast Guard licenses of Captains Hendrix and Lewis | 6/17/2014 | 6/17/2014 | 6/17/2014 | Capt. Lewis |
| 10 | Excel spreadsheets provided by the USA detailing the AIS coordinates and position data of the M/V MISSISSIPPI and M/V ALLURA | 6/17/2014 | 6/17/2014 | 6/17/2014 | Capt. Lewis |
| 11 | Speed graphs and travel information of the M/V MISSISSIPPI provided by the USA in discovery | 6/17/2014 | 6/17/2014 | 6/17/2014 | Blanchard |
| 12 | Photographs taken of the vessel inspection of the M/V ALLURA | 6/17/2014 | 6/17/2014 | 6/17/2014 | Blanchard |
| 13 | Chart maps and plotted coordinates of the M/V MISSISSIPPI as it traversed the Atchafalaya River | 6/17/2014 | 6/17/2014 | 6/17/2014 | |
| 14 | Chart maps used during the discovery deposition fo the various witnesses to document the area of the accident, and the positions of the vessels | 6/17/2014 | 6/17/2014 | 6/17/2014 | Blanchard |
| 15 | Medical records and bills of Chad Blanchard | 6/17/2014 | 6/17/2014 | 6/17/2014 | |
| 16 | Medical expense summary of Chad Blanchard | 6/17/2014 | 6/17/2014 | 6/17/2014 | |
| 17 | Report of Stephanie P Chalfin, M.S. | 6/17/2014 | 6/17/2014 | 6/17/2014 | S. Chalfin |
| 18 | Report of Randolph G Rice | 6/17/2014 | 6/17/2014 | 6/17/2014 | |
| 19 | U.S. Coast Guard documents re Chad Blanchard's captain license | 6/17/2014 | 6/17/2014 | 6/17/2014 | |
| 20 | Report of Captain Ronald L Campana | 6/17/2014 | 6/17/2014 | 6/17/2014 | R Campana |
| 21 | Report of Arthur M Reed, Ph.D. | 6/17/2014 | 6/17/2014 | 6/17/2014 | Dr. Reed |
| 22 | Report of Dr Gordon Gregory Gidman (Plaintiff) | 6/17/2014 | 6/17/2014 | 6/17/2014 | |

CONTINUATION OF EXHIBITS

## CIVIL NO: 6:12-CV-3140

## CHAD BLANCHARD VS. USA

PARTY:  Joint

| EXHIBIT NUMBER | DESCRIPTION & REMARK | IDENTIFIED | OFFERED | ADMITTED | WITNESS |
|---|---|---|---|---|---|
| 23 | Report of Dr Paul Fenn | 6/17/2014 | 6/17/2014 | 6/17/2014 | |
| 24 | Wage Records/Timesheets and Payment information from Stallion Oilfield Services | 6/17/2014 | 6/17/2014 | 6/17/2014 | |
| 25 | J R Hoyle & Associates Ltd General Trust Ledger (maintenance & cure payments) | 6/17/2014 | 6/17/2014 | 6/17/2014 | |
| 26 | Vocational Report of Bob A Gisclair & Addendum Report | 6/17/2014 | 6/17/2014 | 6/17/2014 | |
| 27 | Report of Kenneth Boudreaux, Ph.D. | 6/17/2014 | 6/17/2014 | 6/17/2014 | |
| 28 | Reports of Dr Gordon Gregory Gidman (Stallion) | 6/17/2014 | 6/17/2014 | 6/17/2014 | |
| 31 | AT&T Wireless Phone Records | 6/17/2014 | 6/17/2014 | 6/17/2014 | Blanchard |
| 32 | Answer to USA's Interrogatories Nos. 7, 8, 9 | 6/17/2014 | 6/17/2014 | 6/17/2014 | Blanchard |
| 33 | Photos: ALLURA 2013-12-19.2 (7 photos) | 6/17/2014 | 6/17/2014 | 6/17/2014 | Capt. Knott |
| 34 | Photos: MISSISSIPPI (5 photos) | 6/17/2014 | 6/17/2014 | 6/17/2014 | Capt. Lewis |
| 35 | Chad Blanchard Depo Exhibit 1 (drawing) | 6/17/2014 | 6/17/2014 | 6/17/2014 | |
| 36 | Chad Blanchard Depo Exhibit 2 (Blanchard photos) | 6/17/2014 | 6/17/2014 | 6/17/2014 | Blanchard |
| 37 | Chad Blanchard Depo Exhibit 8 (location of dock) | 6/17/2014 | 6/17/2014 | 6/17/2014 | Blanchard |
| 38 | Harris Knott Depo Exhibit 3 (drawing) | 6/17/2014 | 6/17/2014 | 6/17/2014 | |
| 39 | Sheet 61, 2006 Hydrological Survey, Atchafalaya River, U.S. Army Corps of Engineers | 6/17/2014 | 6/17/2014 | 6/17/2014 | Dr. Reed |
| 40 | USGC Certificate of Inspection for M/V MISSISSIPPI | 6/17/2014 | 6/17/2014 | 6/17/2014 | |
| 41 | MV MISSISSIPPI Navigation log for August 18, 2011 with declaration | 6/17/2014 | 6/17/2014 | 6/17/2014 | |
| 42 | Diagnostic Studies of plaintiff, Chad Blanchard | 6/17/2014 | 6/17/2014 | 6/17/2014 | |
| 43 | Report and CV of Captain Richard L. Frenzel | 6/18/2014 | 6/18/2014 | 6/18/2014 | |
| 44 | Deposition of Dr. Louis C. Blanda | 6/18/2014 | 6/18/2014 | 6/18/2014 | |