UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

CHAD BLANCHARD                                        CIVIL ACTION NO. 12-cv-3140

VERSUS                                                         MAGISTRATE JUDGE HANNA

UNITED STATES, on behalf of                    *BY CONSENT OF PARTIES*
U.S. Army Corps of Engineers

## JUDGMENT

Pursuant to the reasons recited in open court on June 20, 2014,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that there be judgment entered in favor of the plaintiff, CHAD BLANCHARD, against the defendant the UNITED STATES OF AMERICA, through its agency the United States Army Corps of Engineers, in the total amount of $585,784.06, plus post-judgment interest at the rate provided by 28 U.S.C. §1961 consistent with the provisions of 46 U.S.C. §30911.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that there be judgment entered in favor of the defendant, STALLION OILFIELD SERVICES, LTD., against the plaintiff, CHAD BLANCHARD, dismissing the claims of the plaintiff against STALLION for damages based on negligence under the Jones Act and unseaworthiness under the general maritime law.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that there be

judgment entered in favor of STALLION OILFIELD SERVICES, LTD., in its capacity as plaintiff in cross-complaint, against the UNITED STATES OF AMERICA, through its agency the United States Army Corps of Engineers, in the amount of $104,550.36, plus post-judgment interest at the rate provided by 28 U.S.C. §1961 consistent with the provisions of 46 U.S.C. §30911.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the obligation of STALLION OILFIELD SERVICES, LTD. for payment of maintenance and cure to or on behalf of the plaintiff continues until the plaintiff reaches maximum medical improvement, subject to the right of STALLION to obtain reimbursement for such payment from and against the UNITED STATES OF AMERICA, through its agency the United States Army Corps of Engineers, pursuant to the cross-claim for indemnity brought by STALLION.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that there be judgment entered in favor of STALLION OILFIELD SERVICES, LTD., in its capacity as defendant in cross-complaint, against the UNITED STATES OF AMERICA, through its agency the United States Army Corps of Engineers, dismissing the cross-claim of the UNITED STATES OF AMERICA.

IT IS FURTHER ORDERED that the UNITED STATES OF AMERICA, through its agency the United States Army Corps of Engineers, is taxed with the costs

of this proceeding pursuant to Rule 54(d) of the Federal Rules of Civil Procedure.

JUDGMENT SIGNED this 23rd day of June, 2014.

PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE

\