## CHECK REQUEST AND NEW VENDOR FORM

**Date of Request: September 13, 2012**

**TYPE OF CHECK:**   CLIENT COST CHECK ☐   ESCROW ACCT. CHECK ☐   REGULAR CHECK ☐

**NEW VENDOR:** *(Check One)* YES: ☐   NO: ☐

**PAYEE:** Clerk of Court – 27th JDC
**MAILING ADDRESS:** P.O. Box 750, Opelousas, Louisiana 70571
**SS# or FED ID #**

**PAYEE REF:/INVOICE NUMBER:** Case No: 12c-0068-B

**FILE NAME:** Blanchard
**CLIENT & MATTER NO:** 677-120395

**DESCRIPTION:** Payment to file Motion to Substitute Counsel of Record and Order.

If it's a Third Party Demand, has a CONFLICTS CHECK been performed?   YES: ☐   NO: ☐

**AMOUNT:** $20.00

**DISBURSEMENT CODE:** 15

**Prepared By:** Erin Benoit   **Requesting Atty:** JCM   ***Secondary Approval:**

*(Secondary Approval by Equity Partner Required if (a) Check is $500 or more; or (b) the Payee is the Requesting Attorney)

Blank Check No: _____   Date: _____   By: _____

### USE THESE DISBURSEMENT CODES:

| | |
|---|---|
| 13 - Subpoena Fees | 47 - Arbitrator/Mediator |
| 15 - Court Cost | 50 - Outside Duplicating Charges |
| 20 - Travel Expense | 51 - Medical Records |
| 40 - Deposition Expense | 53 - Trial Exhibits |
| 42 - Witness Fees | 55 - Med Treatment or Exam |
| 43 - Consulting Fee | 57 - Investigators |
| 44 - Deposition Transcript | 60 - Courier Service |
| 45 - Trial Transcript | |

### NEW VENDOR INFORMATION

**PHYSICAL ADDRESS:**
**TELEPHONE NO:**
**FACSIMILE NO:**

**Approved by:** _____
*(Signature of Executive Committee Member Only)*

**ACCOUNTING VERIFICATION BY:** _____   **TAX STATUS:** E (Exempt) ___   7 (Non-employee Compensation) ___
*(Signature of Accounting Personnel)*


EXHIBIT A

Doc. 1245648

| | | |
|---|---|---|
| BLUE WILLIAMS, L.L.P. | | 144216 |
| Clerk of Court, 27th JDC/St. Landry | 9/17/2012 | 144216 |
| Reference<br>Case No. 12c-0068-b * Blanchard 6??-120395 JCM/emb | | Amount Paid<br>20.00 |
| | | $20.00 |

# CHECK REQUEST AND NEW VENDOR FORM

**Date of Request: September 13, 2012**

**TYPE OF CHECK:**     CLIENT COST CHECK ☐     ESCROW ACCT. CHECK ☐     REGULAR CHECK ☐

**NEW VENDOR:** *(Check One)* YES: ☐     NO: ☐

**PAYEE:** Clerk of Court – 27th JDC
**MAILING ADDRESS:** 118 S. Court Street, Opelousas, Louisiana 70570
**SS# or FED ID #**

**PAYEE REF:/INVOICE NUMBER:** Case No. 12C-0068 B

**FILE NAME:** Blanchard
**CLIENT & MATTER NO:**

**DESCRIPTION:** Payment for fax filing Third Party Petition and Motion to Substitute Counsel of Record.

**If it's a Third Party Demand, has a CONFLICTS CHECK been performed?**     YES: ☐     NO: ☐

**AMOUNT:** $269.00

**DISBURSEMENT CODE:** 15

Prepared By: Erin Benoit     Requesting Atty: JCM     *Secondary Approval:

*(Secondary Approval by Equity Partner Required if (a) Check is $500 or more; or (b) the Payee is the Requesting Attorney)*

Blank Check No: _____     Date: _____     By: _____

### USE THESE DISBURSEMENT CODES:

- 13 - Subpoena Fees
- 15 - Court Cost
- 20 - Travel Expense
- 40 - Deposition Expense
- 42 - Witness Fees
- 43 - Consulting Fee
- 44 - Deposition Transcript
- 45 - Trial Transcript
- 47 - Arbitrator/Mediator
- 50 - Outside Duplicating Charges
- 51 - Medical Records
- 53 - Trial Exhibits
- 55 - Med Treatment or Exam
- 57 - Investigators
- 60 - Courier Service

## NEW VENDOR INFORMATION

BLUE WILLIAMS, L.L.P.

144166

Clerk of Court, 27th JDC/St. Landry     9/13/2012     144166

Reference
Case No. 12C-0068B * Blanchard 611-120395 JCM/emb

Amount Paid
269.00

$269.00