

**LORI HEAPHY & ASSOCIATES LLC**
CERTIFIED COURT REPORTERS

120 Rue Beauregard
Suite 120
Lafayette, LA 70508
Phone: (337) 233-1655   Fax: (337) 233-1855



| Invoice Date | Invoice # |
|---|---|
| Monday, August 26, 2013 | 14998G |

Scott A. Soule
Blue Williams
3421 North Causeway Blvd.
Suite 900
Metairie, LA 70002-3760

Phone: (504) 831-4091   Fax: (504) 849-3033

| | |
|---|---|
| **Witness:** | Chad Patrick Blanchard |
| **Case:** | Chad Blanchard vs. The United States of America, et al |
| **Venue:** | |
| **Case #:** | 123140 |
| **Date:** | 8/12/2013 |
| **Start Time:** | 11:00 AM |
| **End Time:** | :0 |
| **Reporter:** | Lori Heaphy |
| **Claim #:** | |
| **File #:** | 345G |

| | |
|---|---|
| Sub Total | $829.95 |
| Payments | $0.00 |
| Balance Due | $829.95 |

Fed. I.D. # 90-0456617

**Due Upon Receipt**
Thank You For Your Business

