**Nathan Douget**
P O Box 3226
Lake Charles, LA 70602
337/480-0080
FAX 337/480-0330
IRS # 72-0941354

Texas ~ Louisiana ~ Mississippi

11/22/2013

BLUE WILLIAMS
FX/504-849-3033
3421 N. CAUSEWAY BLVD
FLOOR 9
METAIRIE, LA 70002
ATTN: SCOTT SOULE

CHAD BLANCHARD
VS.
USA, ET AL

20131122-2-SW  ⇐ INVOICE NUMBER MUST RETURNED FOR CREDIT

11/05/2013 COPY:

| | |
|---|---|
| HARRIS KNOTT | 223.00 |
| RONNIE POWELL | 122.00 |
| EXHIBITS | 25.00 |
| ASCII/ETRANS DISK | |
| EMAILED 11-22-13 | |
| | 370.00 |

A past due charge of 1.5% (annual percentage of 18%) will be added monthly on all balances over 30 days.

THANK YOU.  WE APPRECIATE THE OPPORTUNITY TO BE OF SERVICE.

*Simplify scheduling by sending notices via e-[mail] to robin@court-video.com with any special inst[ructions]*

**EXHIBIT C**

Realtime – Rough Ascii – Litigation Support – Document Imaging & Scanning  Color & B/W – State-of-the-Art Reporting & Video Services – Anywhere Anytime

BLUE WILLIAMS, L.L.P.

| | | 152967 |
|---|---|---|
| Nat Douget Court Reporter | 12/11/2013 | 152967 |

Reference
Inv. 20131122-2 SW * Blanchard 611-120395 SAS/rf

Amount Paid
370.00

$370.00

---

BLUE WILLIAMS, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
3421 N. CAUSEWAY BLVD., SUITE 900
METAIRIE, LOUISIANA 70002
(504) 831-4091

152967

14-9/650

CapitalOne®
Capital One, N.A.

| DATE | AMOUNT |
|---|---|
| 12/11/2013 | $370.00 |

PAY
TO THE
ORDER
OF

Nat Douget Court Reporter
P. O. Box 3226
*Lake Charles, LA 70602-3226

Three Hundred Seventy and No/100 Dollars————

VOID AFTER 120 DAYS
BLUE WILLIAMS, L.L.P.    COST ACCOUNT

TWO SIGNATURES REQUIRED $500 & OVER