# INVOICE



goDEPO
A Kaufman & Associates Company
109 E Vermilion St, Suite 200
Lafayette, Louisiana 70501

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 29811 | 12/5/2013 | 13857 |
| Job Date | Case No. | |
| 10/28/2013 | 12-3140 | |

| Case Name |
|---|
| Chad Blanchard vs. The United State of America, et al |

| Payment Terms |
|---|
| Due upon receipt |

Scott A. Soule
Blue Williams, LLP
3421 North Causeway Blvd.
Suite 900
Metairie LA 70002

COPY OF THE TRANSCRIPT OF:
    Cary Lewis                                                                                                                               406.20
    Std UPS Shipping

**TOTAL DUE >>>      $406.20**

TAKEN IN MEMPHIS, TN

THANK YOU! WE SINCERELY APPRECIATE YOUR BUSINESS!

WE VALUE YOUR OPINION. PLEASE EMAIL COMMENTS OR SUGGESTIONS TO DEPO@goDEPO.COM.

Tax ID: 72-1281827                                                                                             Phone: (504) 831-4091    Fax:(504) 837-1182

*Please detach bottom portion and return with payment.*

Scott A. Soule
Blue Williams, LLP
3421 North Causeway Blvd.
Suite 900
Metairie LA 70002

| | | |
|---|---|---|
| Invoice No. | : | 29811 |
| Invoice Date | : | 12/5/2013 |
| **Total Due** | : | **$ 406.20** |

| | | |
|---|---|---|
| Job No. | : | 13857 |
| BU ID | : | goDEPO |
| Case No. | : | 12-3140 |
| Case Name | : | Chad Blanchard vs. The United State of America, et al |

Remit To: **goDEPO**      Ph 800-503-2274
**109 East Vermilion Street, Suite 200**
**Lafayette LA 70501**



EXHIBIT D

GoDEPO  12/11/2013  152955

Reference
Inv. 29811 * Blanchard 611-120395 SAS/rf

Amount Paid
406.20

---

**BLUE WILLIAMS, L.L.P.**
ATTORNEYS AND COUNSELORS AT LAW
3421 N. CAUSEWAY BLVD., SUITE 900
METAIRIE, LOUISIANA 70002
(504) 831-4091

152955

14-9/650

CapitalOne

$406.20

12/11/2013
DATE

$406.20
AMOUNT

Four Hundred Six and 20/100 Dollars————————————

PAY
TO THE
ORDER
OF

GoDEPO
109 East Vermilion Street
Suite 200
Lafayette, LA 70501

VOID AFTER 120 DAYS
BLUE WILLIAMS, L.L.P. COST ACCOUNT

TWO SIGNATURES REQUIRED $500 & OVER

⑈152955⑈ ⑆065000090⑆ 23⬝5306 3⑈