# INVOICE



**goDEPO**
A Kaufman & Associates Company
109 E Vermilion St, Suite 200
Lafayette, Louisiana 70501

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 30196 | 1/16/2014 | 14471 |
| Job Date | Case No. | |
| 1/6/2014 | 12-3140 | |

**Case Name**

Chad Blanchard vs. The United State of America, et al

**Payment Terms**

Due upon receipt

Scott A. Soule
Blue Williams, LLP
3421 North Causeway Blvd.
Suite 900
Metairie LA  70002

COPY OF THE TRANSCRIPT OF:
  Troy Simar, Jr.                                                                                       163.00
    Std UPS Shipping
    Reporter: Lauren G

**TOTAL DUE >>>**                                    **$163.00**

THANK YOU!  WE SINCERELY APPRECIATE YOUR BUSINESS!

WE VALUE YOUR OPINION.  PLEASE EMAIL COMMENTS OR SUGGESTIONS TO DEPO@goDEPO.COM.

Tax ID: 72-1281827                                      Phone: (504) 831-4091   Fax:(504) 837-1182

*Please detach bottom portion and return with payment.*

Scott A. Soule
Blue Williams, LLP
3421 North Causeway Blvd.
Suite 900
Metairie LA  70002

| | |
|---|---|
| Invoice No. | : 30196 |
| Invoice Date | : 1/16/2014 |
| **Total Due** | : **$ 163.00** |
| | |
| Job No. | : 14471 |
| BU ID | : goDEPO |
| Case No. | : 12-3140 |
| Case Name | : Chad Blanchard vs. The United State of America, et al |

Remit To: **goDEPO**       Ph 800-503-2274
**109 East Vermilion Street, Suite 200**
**Lafayette LA  70501**

EXHIBIT
E

BLUE WILLIAMS, L.L.P.                                                                                  153866

GoDEPO                                                              1/31/2014           153866

Reference                                                                           Amount Paid
Inv. 30196 * Blanchard 611-120395 SAS/rf                                                163.00

$163.00

---

| | | 153866 |

**BLUE WILLIAMS, L.L.P.**
ATTORNEYS AND COUNSELORS AT LAW
3421 N. CAUSEWAY BLVD., SUITE 900
METAIRIE, LOUISIANA 70002
(504) 831-4091

**CapitalOne**

14-9/650                                                                                153866

1/31/2014                  $163.00
DATE                        AMOUNT

One Hundred Sixty-Three and No/100 Dollars------------------------------------

**PAY TO THE ORDER OF**
GoDEPO
109 East Vermilion Street
Suite 200
Lafayette, LA 70501

VOID AFTER 120 DAYS
BLUE WILLIAMS, L.L.P. COST ACCOUNT

TWO SIGNATURES REQUIRED $500 & OVER

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK - TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

⑆153866⑆ ⑈065000090⑈ 23⑉5306 3⑊