# Curren-Landrieu, LLC

Visit our web site at www.currenland.com
749 Aurora Avenue
Suite 4
Metairie, LA 70005-2627
Phone: (504) 833-3330    Fax: (504) 833-3355

# Invoice

**Invoice Date:** Tuesday, May 20, 2014
**Invoice #:** 1112CL1

Scott A. Soule
Blue Williams, LLP
3421 North Causeway Boulevard
Ninth Floor
Metairie, LA 70002-3733

Phone: (504) 831-4091    Fax: (504) 837-1182

| | |
|---|---|
| Witness: | Captain Ronald L. Campana |
| Case: | Chad Blanchard v. U.S.A., et al. |
| Venue: | United States District Court |
| Case #: | 12-3140 |
| Date: | 5/15/2014 |
| Start Time: | 9:59 AM |
| End Time: | 11:21 AM |
| Reporter: | Kelly Wallace |
| Claim #: | |
| File #: | 4356MJB |

| Description |  |  |
|---|---|---|
| Furnishing Transcript | | |
| Exhibits Attached - Black & White | | |
| Exhibits Tabbed & Bound | | |
| Furnishing Compressed Transcript | | |
| | Sub Total | $293.40 |
| | Payments | $0.00 |
| | Balance Due | $293.40 |

Fed. I.D. # 01-0793130

*Thank you for your business!*


EXHIBIT F

BLUE WILLIAMS, L.L.P.                                                    156414

Curren-Landrieu, L.L.C.                          6/4/2014              156414

Reference                                                         Amount Paid
Inv. 1112CL1 * Blanchard 611-120395 SAS/rg                            293.40



                                                                      $293.40

---

                                                                       156414

**BLUE WILLIAMS, L.L.P.**
ATTORNEYS AND COUNSELORS AT LAW                **CapitalOne**
3421 N. CAUSEWAY BLVD., SUITE 900
METAIRIE, LOUISIANA 70002                                              156414
(504) 831-4091
                                                  14-9/650

                                               6/4/2014              $293.40
                                                 DATE                 AMOUNT

*Two Hundred Ninety-Three and 40/100 Dollars------------------------------*

PAY
TO THE                                            VOID AFTER 120 DAYS
ORDER   Curren-Landrieu, L.L.C.                 BLUE WILLIAMS, L.L.P. COST ACCOUNT
OF      749 Aurora Avenue Suite 4
        Metairie, LA 70005

                                                  TWO SIGNATURES REQUIRED $500 & OVER

⑈156414⑈ ⑆065000090⑆ 23⑈5306 3⑈