# INVOICE

Sunbelt Reporting & Litigation Services
13101 NW Freeway, Suite 210
Houston, TX 77040
Phone:713.667.0763   Fax:713.661.3838

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 288337 | 5/29/2014 | 182412 |
| Job Date | Case No. | |
| 5/2/2014 | 12-3140 | |

| Case Name |
|---|
| Chad Blanchard vs. U.S.A., et al |

| Payment Terms |
|---|
| Due upon receipt |

Josephine A. Hood
Blue Williams, L.L.P.
3421 N. Causeway Blvd, Suite 900
Metairie, LA  70002

Charge for E-Transcript of the Transcript of:                                                         144.10
    Richard L. Frenzel
                                                  TOTAL DUE >>>           $144.10
                                                  AFTER 6/28/2014 PAY     $152.75

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

WE APPRECIATE YOUR BUSINESS.

Tax ID: 46-4363191

*Please detach bottom portion and return with payment.*

Josephine A. Hood
Blue Williams, L.L.P.
3421 N. Causeway Blvd, Suite 900
Metairie, LA  70002

Job No.      : 182412            BU ID      : HOU-SB-R
Case No.     : 12-3140
Case Name    : Chad Blanchard vs. U.S.A., et al

Invoice No.  : 288337            Invoice Date : 5/29/2014
Total Due    : $ 144.10
AFTER 6/28/2014 PAY $152.75

Remit To: **Sunbelt Reporting & Litigation Services**
         **13101 NW Freeway, Suite 210**
         **Houston, TX  77040**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____
Billing Address: _____
Zip: ____  Card Security: ____
Amount to Charge: _____
Cardholder's Signature: _____

EXHIBIT G

BLUE WILLIAMS, L.L.P.

Sunbelt Reporting & Litigation Services

6/16/2014        156655

Amount Paid
144.10

Reference
Inv. 288337 * Blanchard 611-120395 SAS/rf

$144.10

15665

**BLUE WILLIAMS, L.L.P.**
ATTORNEYS AND COUNSELORS AT LAW
3421 N. CAUSEWAY BLVD., SUITE 900
METAIRIE, LOUISIANA 70002
(504) 831-4091

CapitalOne

156655

14-9/650

6/16/2014        $144.10
DATE             AMOUNT

*One Hundred Forty-Four and 10/100 Dollars*-------------------------------------

PAY TO THE ORDER OF

Sunbelt Reporting & Litigation Services
13101 NW Freeway, Ste. 210
Houston, TX 77040

VOID AFTER 120 DAYS
BLUE WILLIAMS, L.L.P. COST ACCOUNT

TWO SIGNATURES REQUIRED $500 & OVER

⑈156655⑈ ⑆065000090⑆ 81 23⑈5306 3⑈