

**goDEPO**
A Kaufman & Associates Company
109 E Vermilion St. Suite 200
Lafayette, Louisiana 70501

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 31403 | 6/5/2014 | 15442 |
| **Job Date** | **Case No.** | |
| 5/30/2014 | 12-3140 | |
| **Case Name** | | |
| Chad Blanchard vs. The United State of America, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Scott A. Soule
Blue Williams, LLP
3421 North Causeway Blvd.
Suite 900
Metairie LA  70002

---

COPY OF THE TRANSCRIPT OF:                                                                                      183.90
      Louis C. Blanda, Jr., M.D.
            Std UPS Shipping
            Reporter: Lauren G

                                                              TOTAL DUE  >>>            **$183.90**

THANK YOU!  WE SINCERELY APPRECIATE YOUR BUSINESS!

WE VALUE YOUR OPINION.  PLEASE EMAIL COMMENTS OR SUGGESTIONS TO DEPO@goDEPO.COM.

                                                Phone: (504) 831-4091    Fax:(504) 837-1182

**Tax ID:** 72-1281827

*Please detach bottom portion and return with payment.*

---

Scott A. Soule
Blue Williams, LLP
3421 North Causeway Blvd.
Suite 900
Metairie LA  70002

| | |
|---|---|
| Invoice No. | : 31403 |
| Invoice Date | : 6/5/2014 |
| **Total Due** | : **$ 183.90** |

**EXHIBIT**

tabbies

_4_

Remit To: **goDEPO**           **Ph 800-503-2274**
          **109 East Vermilion Street, Suite 200**
          **Lafayette LA  70501**

| | |
|---|---|
| Job No. | : 15442 |
| BU ID | : goDEPO |
| Case No. | : 12-3140 |
| Case Name | : Chad Blanchard vs. The United State of America, et al |



**A Kaufman & Associates Company**
109 E Vermilion St, Suite 200
Lafayette, Louisiana 70501

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 31488 | 6/12/2014 | 15659 |

| Job Date | Case No. | |
|---|---|---|
| 6/10/2014 | 12-3140 | |

| Case Name | | |
|---|---|---|
| Chad Blanchard vs. The United States of America, et al | | |

| | Payment Terms | |
|---|---|---|
| Due upon receipt | | |

Scott A. Soule
Blue Williams, LLP
3421 North Causeway Blvd.
Suite 900
Metairie LA 70002

---

COPY OF THE TRANSCRIPT OF:                                                                     393.25

    Captain Leo Hendrix

      Std UPS Shipping

      Reporter: Lauren G

                                 **TOTAL DUE >>>**          **$393.25**

THANK YOU!  WE SINCERELY APPRECIATE YOUR BUSINESS!

WE VALUE YOUR OPINION.  PLEASE EMAIL COMMENTS OR SUGGESTIONS TO DEPO@goDEPO.COM.

---

**Tax ID:** 72-1281827

Phone: (504) 831-4091    Fax:(504) 837-1182

*Please detach bottom portion and return with payment.*

Scott A. Soule
Blue Williams, LLP
3421 North Causeway Blvd.
Suite 900
Metairie LA 70002

| | | |
|---|---|---|
| Invoice No. | : | 31488 |
| Invoice Date | : | 6/12/2014 |
| **Total Due** | : | **$ 393.25** |

Remit To: **goDEPO**          **Ph 800-503-2274**
         **109 East Vermilion Street, Suite 200**
         **Lafayette LA  70501**

| | | |
|---|---|---|
| Job No. | : | 15659 |
| BU ID | : | goDEPO |
| Case No. | : | 12-3140 |
| Case Name | : | Chad Blanchard vs. The United States of America, et al |

BLUE WILLIAMS, L.L.P.

GoDEPO

6/20/2014          156782

Reference
Inv. 31403 * Blanchard 611-120395 SAS/rf
Inv. 31488

Amount Paid
183.90
393.25

$577.15

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

15678.

**BLUE WILLIAMS, L.L.P.**
ATTORNEYS AND COUNSELORS AT LAW
3421 N. CAUSEWAY BLVD., SUITE 900
METAIRIE, LOUISIANA 70002
(504) 831-4091

**Capital**One

14-9/650

156782

6/20/2014          $577.15

DATE          **AMOUNT**

*Five Hundred Seventy-Seven and 15/100 Dollars*--------------------------------

PAY
TO THE
ORDER
OF

GoDEPO
109 East Vermilion Street
Suite 200
Lafayette, LA 70501

VOID AFTER 120 DAYS
BLUE WILLIAMS, L.L.P.  COST ACCOUNT

TWO SIGNATURES REQUIRED $500 & OVER

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE. RED IMAGE DISAPPEARS WITH HEAT.

⑈ 156782 ⑈ ⑆065000090⑈ 81 23⑈5306 3⑈