Campana Marine Service, Inc.
640 Brouilly Drive
Kenner, LA 70065
(504) 415-7960

Tax ID  72-0983183

# Invoice

| Date | Invoice # |
|---|---|
| 6/20/2014 | 140517 |

**Bill To**

Blue Williams LLP
3421 N. Causeway Blvd. Ste. 900
Metairie, LA 70002

| Vessel/Case | Terms | Due Date |
|---|---|---|
| Blanchard vs USACE et... |  | 6/20/2014 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| REVIEW ADDITIONAL DOCUMENTS AND MEET IN YOUR OFFICE TO DISCUSS CASE | 1.5 | 275.00 | 412.50 |
| TRAVEL TO ATTEND TRIAL | 5 | 175.00 | 875.00 |
| mileage | 250 | 0.65 | 162.50 |
| PREPARATION AND ATTENDANCE AT TRIAL AS AN EXPERT | 3 | 350.00 | 1,050.00 |

WE APPRECIATE YOUR TRUST IN US

| | |
|---|---|
| Total | $2,500.00 |
| Payments/Credits | $0.00 |
| Balance Due | $2,500.00 |


EXHIBIT T

BLUE WILLIAMS, L.L.P.

| | | |
|---|---|---|
| Campana Marine Service, Inc. | 7/1/2014 | 156968 |

156968

Reference
Inv. 140517 * Blanchard 611-120395 SAS/rf

Amount Paid
2,500.00

$2,500.00

---

156968

**BLUE WILLIAMS, L.L.P.**
ATTORNEYS AND COUNSELORS AT LAW
3421 N. CAUSEWAY BLVD., SUITE 900
METAIRIE, LOUISIANA 70002
(504) 831-4091

CapitalOne

156968

14-9/650

7/1/2014          $2,500.00
DATE              AMOUNT

*Two Thousand Five Hundred and No/100 Dollars*————————————

PAY TO THE ORDER OF

Campana Marine Service, Inc.
640 Brouilly Dirve
Kenner, LA 70065

VOID AFTER 120 DAYS
BLUE WILLIAMS, L.L.P. COST ACCOUNT

TWO SIGNATURES REQUIRED $500 & OVER

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈156968⑈ ⑆065000090⑆ 81 23⑈5306 3⑈