LAW OFFICES OF
# JOSEPH F. GAAR, JR.
A PROFESSIONAL LAW CORPORATION

JOSEPH F. GAAR, JR.
E-MAIL: joseph@gaarlaw.com

JASON M. WELBORN
E-MAIL: jason@gaarlaw.com

WILLARD P. SCHIEFFLER
E-MAIL: will@gaarlaw.com

LUCAS S. COLLIGAN
E-MAIL: lucas@gaarlaw.com

JACOB HARGETT
E-MAIL: jacob@gaarlaw.com

June 13, 2014

**Mailing Address**:
Post Office Drawer 2069
Lafayette, Louisiana 70502

**Physical Address**:
617 S. Buchanan Street
Lafayette, Louisiana 70501

TELEPHONE: (337) 233-3185
TELECOPY: (337) 233-0690

---

# STATEMENT

Re:  *Chad Blanchard v. USA, et al*
     *Civil Action No. 12-3140*

## Preparation of Joint Trial Exhibit Books

| | |
|---|---:|
| 2,214 copies / 3 = 738 @ .25 ea. | $184.50 |
| 648 color copies / 3 = 216 @ .75 ea. | $162.00 |
| **TOTAL** | **$346.50** |

Please remit payment to Joseph F. Gaar, Jr.
Tax ID #72-1492372

EXHIBIT J

BLUE WILLIAMS, L.L.P.

Joseph F. Gaar, Jr.                                              6/19/2014          156735

Reference                                                                    Amount Paid
Portion for Exhibit Book * Blanchard 611-120395 SAS/rf                            346.50

$346.50

156735

**BLUE WILLIAMS, L.L.P.**
ATTORNEYS AND COUNSELORS AT LAW
3421 N. CAUSEWAY BLVD., SUITE 900
METAIRIE, LOUISIANA 70002
(504) 831-4091

**Capital One**
Capital One, N.A.

156735

14-9/650

6/19/2014              $346.50
DATE                    AMOUNT

*Three Hundred Forty-Six and 50/100 Dollars----------*

PAY TO THE ORDER OF
Joseph F. Gaar, Jr.
Law Office of Joseph F. Gaar, Jr.
P. O. Box 2069
Lafayette, LA 70502

VOID AFTER 120 DAYS
BLUE WILLIAMS, L.L.P.  COST ACCOUNT

TWO SIGNATURES REQUIRED $500 & OVER

⑈156735⑈ ⑆065000090⑆ 81 23⑈5306 3⑈