| 7/16/2014 2:07:45 PM | | Blue Williams, L.L.P.<br>All Soft Costs by Matter<br>From 06-01-14 through 06-23-14 | | Page No.1 |

Matter(s): Select 611-120395

| Date | Invoice # | Description | Type | Amount |
|---|---|---|---|---|
| 611-120395 | | Osprey Underwriting Agency Limited - Blanchard, Chad vs. American Zurich Insu | | |
| 06-02-2014 | | Copy Costs ; | S1 | 0.10 |
| 06-02-2014 | | Copy Costs ; | S1 | 0.50 |
| 06-02-2014 | | Copy Costs ; | S1 | 0.80 |
| 06-02-2014 | | Copy Costs ; | S1 | 0.50 |
| 06-02-2014 | | Copy Costs ; | S1 | 1.60 |
| 06-02-2014 | | Copy Costs ; | S1 | 0.80 |
| 06-02-2014 | | Copy Costs ; | S1 | 1.50 |
| 06-02-2014 | | Copy Costs ; | S1 | 1.60 |
| 06-02-2014 | | Copy Costs ; | S1 | 0.70 |
| 06-02-2014 | | Copy Costs ; | S1 | 2.10 |
| 06-02-2014 | | Copy Costs ; | S1 | 0.90 |
| 06-02-2014 | | Copy Costs ; | S1 | 0.40 |
| 06-02-2014 | | Postage ; | S2 | 0.69 |
| 06-04-2014 | | Copy Costs ; | S1 | 0.30 |
| 06-04-2014 | | Copy Costs ; | S1 | 1.20 |
| 06-04-2014 | | Copy Costs ; | S1 | 0.20 |
| 06-04-2014 | | Copy Costs ; | S1 | 1.30 |
| 06-04-2014 | | Copy Costs ; | S1 | 3.20 |
| 06-04-2014 | | Copy Costs ; | S1 | 0.50 |
| 06-04-2014 | | Copy Costs ; | S1 | 1.00 |
| 06-05-2014 | | Copy Costs ; | S1 | 5.60 |
| 06-05-2014 | | Copy Costs ; | S1 | 113.10 |
| 06-05-2014 | | Copy Costs ; | S1 | 9.60 |
| 06-05-2014 | | Copy Costs ; | S1 | 2.40 |
| 06-05-2014 | | Copy Costs ; | S1 | 0.30 |
| 06-05-2014 | | Copy Costs ; | S1 | 0.80 |
| 06-09-2014 | | Copy Costs ; | S1 | 5.30 |
| 06-09-2014 | | Copy Costs ; | S1 | 0.90 |
| 06-09-2014 | | Postage ; | S2 | 0.48 |
| 06-10-2014 | | Copy Costs ; | S1 | 0.40 |
| 06-10-2014 | | Copy Costs ; | S1 | 0.80 |
| 06-10-2014 | | Copy Costs ; | S1 | 0.70 |
| 06-11-2014 | | Copy Costs ; | S1 | 0.20 |
| 06-12-2014 | | Copy Costs ; | S1 | 2.20 |
| 06-13-2014 | | Copy Costs ; | S1 | 0.20 |
| 06-13-2014 | | Copy Costs ; | S1 | 0.10 |
| 06-13-2014 | | Copy Costs ; | S1 | 9.30 |
| 06-13-2014 | | Copy Costs ; | S1 | 0.90 |
| 06-13-2014 | | Copy Costs ; | S1 | 1.10 |
| 06-16-2014 | | Copy Costs ; | S1 | 0.30 |
| 06-16-2014 | | Copy Costs ; | S1 | 5.80 |
| 06-16-2014 | | Copy Costs ; | S1 | 0.30 |
| 06-17-2014 | | Copy Costs ; | S1 | 0.20 |
| 06-17-2014 | | Copy Costs ; | S1 | 0.80 |
| 06-20-2014 | | Postage ; | S2 | 1.44 |
| 06-23-2014 | | Copy Costs ; | S1 | 0.40 |
| | | | | 183.51 |

| Soft Cost | Description | Billed | Unbilled | Total |
|---|---|---|---|---|
| S1 | Copy Costs | 0.00 | 180.90 | 180.90 |
| S2 | Postage | 0.00 | 2.61 | 2.61 |

| 7/16/2014 2:07:45 PM | All Soft Costs by Matter<br>Blue Williams, L.L.P. | Page No.1 |


EXHIBIT K