UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| CHAD BLANCHARD | ) | CIVIL ACTION NO. 12-3140 |
| | ) | |
| VERSUS | ) | |
| | ) | MAGISTRATE JUDGE HANNA |
| THE UNITED STATES OF AMERICA | ) | |
| THROUGH ITS AGENCY THE UNITED | ) | |
| STATES ARMY CORPS OF ENGINEERS | ) | |

**MOTION TO EXTEND THE TIME FOR THE UNITED STATES TO FILE
A MOTION TO AMEND THE COURT'S FINDINGS AND CONCLUSIONS**

The United States, through undersigned counsel, hereby files this motion to extend the time in which to file a motion to amend the Court's findings and conclusions, which expires after Monday, July 21, 2014, by a period of one week to Monday, July 28, 2014.  Fed. R. Civ. P. 52(b).  Judgment in this matter was filed on June 23, 2014, ECF No. 50.  The proposed motion will address the Court's application of the collateral-source rule as a bar to setoff of Plaintiff's past medical expenses.  Trial Tr. 33.  Undersigned counsel for the United States made a late attempt to contact counsel for Plaintiff who is in trial today and has not responded.  Counsel for Stallion Oilfield Services, Ltd. does not oppose.

For the reasons stated above, the United States respectfully requests an Order expanding the time in which to file a motion to amend by one week.

DATED:  July 18, 2014

                                                Respectfully submitted,

                                                STUART F. DELERY
                                                Assistant Attorney General

                                                STEPHANIE A. FINLEY
                                                United States Attorney

        JENNIFER B. FREDERICK (#23633)
        Assistant United States Attorney

        /s/ Stephen M. Ketyer
        STEPHEN M. KETYER
        Trial Attorney
        Aviation & Admiralty Litigation Section
        Torts Branch, Civil Division
        U.S. Department of Justice
        P.O. Box 14271
        Washington, DC 20044-4271
        stephen.ketyer@usdoj.gov
        (202) 616-4034
        (202) 616-4159 (Fax)
        *Attorneys for United States of America*

OF COUNSEL:

ALLEN SCOTT BLACK
Assistant District Counsel
Memphis District
U.S. Army, Corps of Engineers
167 N. Main Street, Rm. B-202
Memphis, TN 38103
allen.s.black@usace.army.mil
(901)544-3662
(901)544-3336 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2014, the foregoing Motion was filed electronically with the United States District Court for the Western District of Louisiana Clerk of Court, using the CM/ECF system.  Notice of this filing will be sent to the following counsel of record by email and by operation of the court's Electronic Case Filing System:

| | |
|---|---|
| Scott A. Soule, Esq. | Jason M. Welborn, Esq. |
| Josephine A. Hood, Esq. | Jason M. Welborn, APLC |
| Blue Williams, L.L.C. | 617 S. Buchanan St. |
| 3421 N. Causeway Blvd., Ste. 900 | Lafayette, LA 07501-6817 |
| Metairie, LA 70002-3760 | Attorney for Plaintiff |
| Attorneys for Stallion Oilfield Svcs, Ltd. | jason@gaarlaw.com |
| ssoule@bluewilliams.com | |
| jhood@bluewilliams.com | |

/s/ Stephen M. Ketyer
STEPHEN M. KETYER
Employee
U.S. Department of Justice