# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| **CHAD BLANCHARD** | ) CIVIL ACTION NO. 12-3140 |
| | ) |
| **VERSUS** | ) |
| | ) **MAGISTRATE JUDGE HANNA** |
| **THE UNITED STATES OF AMERICA THROUGH ITS AGENCY THE UNITED STATES ARMY CORPS OF ENGINEERS** | ) ) ) |

## ORDER

Considering United States of America's motion to extend the time in which to file a motion to amend the Court's findings and conclusions, which time expires after Monday, July 21, 2014, by a period of one week to Monday, July 28, 2014,

IT IS ORDERED that Defendants' motion is GRANTED.

IT IS FURTHER ORDERED that the United States may file its motion to amend the Court's findings and conclusions no later than Monday, July 28, 2014.

Lafayette, Louisiana, this _____ day of July, 2014.

                                                    _____
                                                    HONORABLE PATRICK J. HANNA
                                                    UNITED STATES MAGISTRATE JUDGE