

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| CHAD BLANCHARD | ) | CIVIL ACTION NO. 12-3140 |
| | ) | |
| VERSUS | ) | |
| | ) | MAGISTRATE JUDGE HANNA |
| THE UNITED STATES OF AMERICA | ) | |
| THROUGH ITS AGENCY THE UNITED | ) | |
| STATES ARMY CORPS OF ENGINEERS | ) | |

### ORDER

Considering United States of America's motion to extend the time in which to file a motion to amend the Court's findings and conclusions, which time expires after Monday, July 21, 2014, by a period of one week to Monday, July 28, 2014,

IT IS ORDERED that Defendants' motion is GRANTED.

IT IS FURTHER ORDERED that the United States may file its motion to amend the Court's findings and conclusions no later than <u>Monday, July 28, 2014</u>.

Lafayette, Louisiana, this /8th  day of July, 2014.

_____
HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE