UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| CHAD BLANCHARD ) | CIVIL ACTION NO:   12-3140 |
| ) | |
| VERSUS ) | |
| ) | JUDGE DOHERTY |
| THE UNITED STATES OF AMERICA ) | |
| THROUGH ITS AGENCY THE UNITED ) | |
| STATES ARMY CORPS OF ENGINEERS ) | MAGISTRATE JUDGE HANNA |

**UNITED STATES' OBJECTIONS TO BILL OF COSTS
SUBMITTED BY STALLION OILFIELD SERVICES, LTD.**

**NOW INTO COURT**, comes Defendant, the United States of America, through Stephanie A. Finley, United States Attorney for the Western District of Louisiana, and Jennifer B. Frederick, Assistant United States Attorney, who objects to the Bill of Costs submitted by Stallion Oilfield Services, Ltd. ("Stallion") [Doc. 53] in the instant case as follows:

1. **Fees of the Clerk (Motion to Substitute Counsel of Record and Order $20.00; Third Party Petition and Motion to Substitute Counsel of Record $269.00)**

Stallion seeks to recover fees paid to the Clerk of Court for the 27th Judicial District in Opelousas, Louisiana.   This lawsuit could not have been maintained properly in state court due to a lack of jurisdiction. Therefore, the United States should not be taxed with the filing costs associated with this jurisdictionally flawed state court lawsuit for which no award was maintained.

2. **Deposition transcript fees.**

It has been the policy of the Clerk's Office in this district to allow the costs of those depositions which are placed into evidence at the trial in lieu of live testimony, those which are used for impeachment purposes, and those which are used in connection with a successful motion

for summary judgment. In this case, there was no successful motion for summary judgment so that excludes that option for recovering deposition costs.

Stallion is attempting to recover deposition transcript costs for all depositions taken in this case. The United States agrees that, pursuant to the policy of the district court, Stallion is entitled to the following deposition transcript cost:

1. Dr. Louis C. Blanda, Jr. - $183.90
   (His deposition transcript was introduced at trial in lieu of his live testimony.)

The United States objects to the remainder of the deposition transcript costs requested by Stallion for the following reasons:

1. Chad Blanchard, Plaintiff, testified live at trial and was not successfully impeached by Stallion.

2. Captain Harris Knott testified live at trial and was not successfully impeached by Stallion.

3. Captain Ronnie Powell testified live at trial and was not successfully impeached by Stallion.

4. Cary Lewis testified live at trial and was not successfully impeached by Stallion.

5. Troy Simar, Jr. testified live at trial and was not successfully impeached by Stallion.

6. Captain Ronald L. Campana testified live at trial and was not successfully impeached by Stallion.

7. Richard L. Frenzel testified live at trial and was not successfully impeached by Stallion.

8. Captain Leo Hendrix did not testify at trial nor was his deposition introduced in lieu of his live testimony.

As such, Stallion should not be allowed to recover these deposition transcript costs. The Fifth Circuit has held that the transcript costs recoverable under Fed. R. Civ. P. 54(d) and 28

U.S.C. § 1920 are transcripts that are actually obtained for use at trial. *Coats v. Penrod Drilling Corp.,* 5 F.3d 877 (5th Cir. 1993).

### 3. Fees for witnesses – Travel expenses for Captain Ronald L. Campana

Stallion is attempting to recover travel expenses for Captain Ronald L. Campana in the amount of $162.50. All of the Courts of Appeals including the Fifth Circuit have repeatedly held that statutory fees provided in 28 U.S.C. § 1821 are exclusive, and a district court has no authority to tax costs in excess of the statutory per diem, mileage and subsistence allowance where appropriate. *Jones v. Diamond*, 594 F.2d 997, 1029 (5th Cir. 1979). On the basis of this jurisprudence, travel expenses for witnesses are recoverable for mileage at the rate in accordance with the amount prescribed by Administrator of General Services. Effective January 1, 2014, the POV mileage reimbursement rate is .56. The United States agrees that, pursuant to the current mileage reimbursement rate, Stallion is entitled to recover travel expenses for Captain Ronald L. Campana in the amount of $140.00 (250 miles at the rate of $0.56/mile).

### 4. Copying Costs: Stallion's portion of the Joint Trial Exhibit Book $346.50; Pre-Trial Copies (1,131 pages) in preparation of Pre-Trial conference and for use at trial $113.10

Stallion is attempting to recover copying costs of $459.60. Pursuant to Rule 54, the only copy costs that are recoverable are for copies/exhibits actually used at trial. *Coats, supra*. An invoice for Stallion's portion of the Joint Trial Exhibit Book was produced and the United States has no objection to the recovery of that amount ($346.50). However, the invoice submitted for copy costs in the amount of $113.10 does not itemize copy charges for that amount. Defendant is unable to determine if those copy charges were for documents which were placed into evidence at trial. Consequently, the $113.10 should not be taxed as costs.

5. **Docket fees under 28 U.S.C. § 1923: For Admiralty Cases $20.00**
   **For the deposition of Dr. Louis Blanda, which was submitted into evidence $2.50**

Finally, Stallion seeks to recover docket fees under 28 U.S.C. § 1923. The United States has no objection to the docket fees requested in the amount of $22.50.

Based on the foregoing, the United States agrees that Stallion is entitled to recover the expenses listed above or a total of $692.90.

>                    Respectfully submitted,
>
>                    STEPHANIE A. FINLEY
>                    United States Attorney
>
> BY:   *s/Jennifer B. Frederick*
>                    JENNIFER B. FREDERICK (#23633)
>                    Assistant United States Attorney
>                    800 Lafayette Street, Suite 2200
>                    Lafayette, Louisiana 70501
>                    Telephone:  (337) 262-6618
>                    Facsimile:   (337) 262-6693
>                    Email:   Jennifer.Frederick@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 22, 2014, copies of the foregoing Objection to Bill of Costs Submitted by Stallion Oilfield Services, Ltd. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record, by operation of the Court's electronic filing system. I also certify that according to the Court's CM/ECF Mailing List, there are no manual recipients.

>                    *s/ Jennifer B. Frederick*
>                    JENNIFER B. FREDERICK (#23633)
>                    Assistant United States Attorney