OPERATING ACCOUNT

From:

Date: 11/13/12
Check Number: 2651
Amount: **125.60**

Memo:
Chad Blanchard

---

**JASON M. WELBORN, APLC**
OPERATING ACCOUNT
617 S. BUCHANAN STREET
LAFAYETTE, LA 70501

MIDSOUTH BANK

84-343/652

NUMBER

**2651**

DATE: 11/13/12

AMOUNT: 125.60

**One Hundred Twenty-five And 60/100 Dollars**

PAY TO THE ORDER OF: St. Landry Parish Clerk of Court

⑆002651⑆ ⑇065203431⑇ 121126⑆

EXHIBIT A

CHAD Blanchard

# Cathi Brasseux

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Thursday, December 20, 2012 4:47 PM |
| **To:** | Cathi Brasseux |
| **Subject:** | Pay.gov Payment Confirmation: LAWD CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Teresa Ferguson at (318) 934-4734.

Application Name: LAWD CM ECF
Pay.gov Tracking ID: 25907MUA
Agency Tracking ID: 0536-2127444

Account Holder Name: Jason Welborn
Transaction Type: ACH Debit
Transaction Amount: $350.00
Payment Date: Dec 21, 2012
Account Type: Business Checking
Routing Number: 065203431
Account Number: ************1226

Transaction Date: Dec 20, 2012 5:47:07 PM Total Payments Scheduled: 1
Frequency: OneTime


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

JASON M. WELBORN, APLC
OPERATING ACCOUNT

From:

Date: 12/20/12
Check Number: 2735
Amount: **350.00**

Memo:
Chad Blanchard

---

**JASON M. WELBORN, APLC**
**OPERATING ACCOUNT**
617 S. BUCHANAN STREET
LAFAYETTE, LA 70501

MIDSOUTH BANK

84-343/652

NUMBER

**2735**

DATE
12/20/12

**AMOUNT**
350.00

\*\*Three Hundred Fifty And 00/100 Dollars\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PAY TO THE ORDER OF    USDC Western District

⑈002735⑈ ⑆065203431⑆    1211226⑈

OPERATING ACCOUNT

From:

Date: 07/23/13
Check Number: 3391
Amount: **32.00**

Memo:
Chad Blanchard

---

**JASON M. WELBORN, APLC**
OPERATING ACCOUNT
617 S. BUCHANAN STREET
LAFAYETTE, LA 70501

MIDSOUTH BANK

84-343/652

NUMBER

**3391**

DATE
07/23/13

**AMOUNT**
32.00

\*\*Thirty-two And 00/100 Dollars\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PAY TO THE ORDER OF    St. Landry Parish Clerk of Court

⑈003391⑈ ⑆065203431⑆    1211226⑈