

# Invoice

**LORI HEAPHY & ASSOCIATES** LLC
CERTIFIED COURT REPORTERS

120 Rue Beauregard
Suite 120
Lafayette, LA 70508
Phone: (337) 233-1655    Fax: (337) 233-1855

| Invoice Date | Invoice # |
|---|---|
| Monday, August 26, 2013 | 14999G |

Jason M. Welborn
Joseph F. Gaar Jr, APLC
617 S Buchanan St
Lafayette, LA 70501

Phone:   (337) 233-3185    Fax:   (337) 233-0690

| | |
|---|---|
| Witness: | Chad Patrick Blanchard |
| Case: | Chad Blanchard vs. The United States of America, et al |
| Venue: | |
| Case #: | 123140 |
| Date: | 8/12/2013 |
| Start Time: | 11:00 AM |
| End Time: | : 0 |
| Reporter: | Lori Heaphy |
| Claim #: | |
| File #: | 345G |

| | |
|---|---|
| Sub Total | $590.95 |
| Payments | $0.00 |
| Balance Due | $590.95 |

Fed. I.D. # 90-0456617

**Due Upon Receipt**
Thank You For Your Business



EXHIBIT B

From:

Date: 08/28/13
Check Number: 3518
Amount: **590.95**

Memo:
Chad Blanchard

---

**JASON M. WELBORN, APLC**
OPERATING ACCOUNT
617 S. BUCHANAN STREET
LAFAYETTE, LA 70501

MIDSOUTH BANK

84-343/652

NUMBER

**3518**

DATE  08/28/13

AMOUNT  590.95

**Five Hundred Ninety And 95/100 Dollars**

PAY TO THE ORDER OF  Lori Heaphy & Associates

⑈003518⑈ ⑆065203431⑆  1211226⑈