Nathan Douget
P O Box 3226
Lake Charles, LA 70602
337/480-0080
FAX  337/480-0330
IRS #  72-0941354

Texas ~Louisiana ~ Mississippi

11/22/2013

LAW OFFICE OF JOSEPH GAAR, JR.
PHONE 337-233-3185   FAX 233-0690
617 S. BUCHANAN
LAFAYETTE, LA  70501

ATTN: JASON WELBORN

                                    CHAD BLANCHARD
                                      VS.
                                    USA, ET AL

20131122-3-SW       ⇐ INVOICE NUMBER MUST RETURNED FOR CREDIT

11/05/2013 COPY:

    HARRIS KNOTT                            224.00
    RONNIE POWELL                           122.00
    EXHIBITS                                 25.00
    ASCII/ETRANS DISK
    EMAILED 11-22-13
                                         --------
                                           371.00

A past due charge of 1.5% (annual percentage of 18%) will be added monthly on all balances over 30 days.

THANK YOU.  WE APPRECIATE THE OPPORTUNITY TO BE OF SERVICE.



EXHIBIT C

Simplify scheduling by sending notices via e-mail to robin@court-video.com with any special instructions

Realtime – Rough Ascii – Litigation Support – Document Imaging & Scanning  Color & B/W – State-of-the-Art Reporting & Video Services – Anywhere Anytime

ASON M. WELBORN, APLC
OPERATING ACCOUNT

From:

Date: 11/25/13
Check Number: 3826
Amount: **371.00**

Memo:
Chad Blanchard

---

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**3826**

**JASON M. WELBORN, APLC**
OPERATING ACCOUNT
617 S. BUCHANAN STREET
LAFAYETTE, LA 70501

MIDSOUTH BANK

84-343/652

NUMBER

**3826**

DATE
11/25/13

**AMOUNT**
371.00

**Three Hundred Seventy-one And 00/100 Dollars**************************************************

AY
) THE
RDER   Nat Douget Court Reporter

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑆003826⑆ ⑈065203431⑈ 121226⑆