# INVOICE



**goDEPO**
A Kaufman & Associates Company
109 E Vermilion St, Suite 200
Lafayette, Louisiana 70501

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 29810 | 12/5/2013 | 13857 |
| Job Date | Case No. | |
| 10/28/2013 | 12-3140 | |
| Case Name | | |
| Chad Blanchard vs. The United State of America, et al | | |
| Payment Terms | | |
| Due upon receipt | | |

Jason M. Welborn
The Gaar Law Firm
P.O. Box 2053
Lafayette LA  70502-2053

ORIGINAL TRANSCRIPT OF:
  Cary Lewis                                                                                      779.15

                                          TOTAL DUE  >>>                    $779.15

TAKEN IN MEMPHIS, TN

THANK YOU!  WE SINCERELY APPRECIATE YOUR BUSINESS!

WE VALUE YOUR OPINION.  PLEASE EMAIL COMMENTS OR SUGGESTIONS TO DEPO@goDEPO.COM.

Phone: 337-205-0307   Fax: 337-233-0690

**Tax ID:** 72-1281827

*Please detach bottom portion and return with payment.*

Jason M. Welborn
The Gaar Law Firm
P.O. Box 2053
Lafayette LA  70502-2053

Invoice No.    : 29810
Invoice Date   : 12/5/2013
**Total Due**  : **$ 779.15**

Job No.    : 13857
BU ID      : goDEPO
Case No.   : 12-3140
Case Name  : Chad Blanchard vs. The United States of America, et al



EXHIBIT D

Remit To:  goDEPO         Ph 800-503-2274
109 East Vermilion Street, Suite 200
Lafayette LA  70501

JASON M. WELBORN, APLC
OPERATING ACCOUNT

From:

Date: 01/02/14
Check Number: 3879
Amount: **779.15**

Memo:
Chad Blanchard

---

**JASON M. WELBORN, APLC**
OPERATING ACCOUNT
617 S. BUCHANAN STREET
LAFAYETTE, LA 70501

MIDSOUTH BANK

84-343/652

NUMBER

3879

DATE
01/02/14

**AMOUNT**
779.15

\*\*Seven Hundred Seventy-nine And 15/100 Dollars\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PAY TO THE ORDER OF   Go Depo

⑈⑈003879⑈⑈ ⑆065203431⑆ 1211226⑈⑈