# INVOICE



**goDEPO**
A Kaufman & Associates Company
109 E Vermilion St, Suite 200
Lafayette, Louisiana 70501

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 30197 | 1/16/2014 | 14471 |

| Job Date | Case No. |
|---|---|
| 1/6/2014 | 12-3140 |

| Case Name |
|---|
| Chad Blanchard vs. The United State of America, et al |

| Payment Terms |
|---|
| Due upon receipt |

Jason M. Welborn
The Gaar Law Firm
P.O. Box 2053
Lafayette LA  70502-2053

ORIGINAL TRANSCRIPT OF:
    Troy Simar, Jr.                                                                                                        274.40
        Reporter: Lauren G

                                                **TOTAL DUE >>>**    **$274.40**

THANK YOU!  WE SINCERELY APPRECIATE YOUR BUSINESS!

WE VALUE YOUR OPINION.  PLEASE EMAIL COMMENTS OR SUGGESTIONS TO DEPO@goDEPO.COM.

Tax ID: 72-1281827                                                                                  Phone: 337-205-0307   Fax:337-233-0690

*Please detach bottom portion and return with payment.*

Jason M. Welborn
The Gaar Law Firm
P.O. Box 2053
Lafayette LA  70502-2053

Invoice No.   :  30197
Invoice Date  :  1/16/2014
**Total Due**    :  **$ 274.40**

Job No.     :  14471
BU ID       :  goDEPO
Case No.    :  12-3140
Case Name   :  Chad Blanchard vs. The United State of America, et al

Remit To: **goDEPO**    Ph 800-503-2274
        109 East Vermilion Street, Suite 200
        Lafayette LA  70501

**EXHIBIT E**

From:

Date: 01/20/14
Check Number: 3942
Amount: **274.40**

Memo:
Chad Blanchard

---

**JASON M. WELBORN, APLC**
OPERATING ACCOUNT
617 S. BUCHANAN STREET
LAFAYETTE, LA 70501

MIDSOUTH BANK

84-343/652

NUMBER

**3942**

DATE   01/20/14

AMOUNT   274.40

**Two Hundred Seventy-four And 40/100 Dollars**

PAY TO THE ORDER OF   GoDepo

⑆003942⑆ ⑈065203431⑈ 1211226⑈