# INVOICE

Sunbelt Reporting & Litigation Services
13101 NW Freeway, Suite 210
Houston, TX 77040
Phone:713.667.0763   Fax:713.661.3838

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 288335 | 5/29/2014 | 182412 |
| Job Date | Case No. | |
| 5/2/2014 | 12-3140 | |
| Case Name | | |
| Chad Blanchard vs. U.S.A., et al | | |
| Payment Terms | | |
| Due upon receipt | | |

Jason M. Welborn
Law Offices of Joseph F. Gaar, Jr.
617 S. Buchanan Street
Lafayette, LA 70501

Charge for E-Transcript of the Transcript of:
  Richard L. Frenzel                                                                 144.10

                                        TOTAL DUE  >>>              $144.10
                                        AFTER 6/28/2014  PAY         $152.75

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

WE APPRECIATE YOUR BUSINESS.

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Jason M. Welborn
Law Offices of Joseph F. Gaar, Jr.
617 S. Buchanan Street
Lafayette, LA 70501

Job No.      : 182412         BU ID     : HOU-SB-R
Case No.     : 12-3140
Case Name    : Chad Blanchard vs. U.S.A., et al

Invoice No.  : 288335         Invoice Date : 5/29/2014
**Total Due** : $ 144.10
AFTER 6/28/2014  PAY  $152.75

Remit To: **Sunbelt Reporting & Litigation Services**
          **13101 NW Freeway, Suite 210**
          **Houston, TX 77040**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

EXHIBIT
F

JASON M. WELBORN, APLC
OPERATING ACCOUNT

From:

Date: 06/06/14
Check Number: 4372
Amount: **144.10**

Memo:
Chad Blanchard

---

**JASON M. WELBORN, APLC**
OPERATING ACCOUNT
617 S. BUCHANAN STREET
LAFAYETTE, LA 70501

MIDSOUTH BANK

84-343/652

NUMBER

**4372**

DATE
06/06/14

**AMOUNT**
144.10

**One Hundred Forty-four And 10/100 Dollars**************************************************

PAY TO THE ORDER OF   Sunbelt Reporting & Litigation

⑆004372⑆ ⑈065203431⑈   1211226⑆