# INVOICE



**goDEPO**
A Kaufman & Associates Company
109 E Vermilion St, Suite 200
Lafayette, Louisiana 70501

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 31489 | 6/12/2014 | 15659 |
| **Job Date** | **Case No.** | |
| 6/10/2014 | 12-3140 | |

| Case Name |
|---|
| Chad Blanchard vs. The United States of America, et al |

| Payment Terms |
|---|
| Due upon receipt |

Jason M. Welborn
The Gaar Law Firm
P.O. Box 2053
Lafayette LA  70502-2053

---

ORIGINAL TRANSCRIPT OF:                                                                                     707.20
    Captain Leo Hendrix
        Reporter: Lauren G

                                                             **TOTAL DUE  >>>**              **$707.20**

THANK YOU!  WE SINCERELY APPRECIATE YOUR BUSINESS!

WE VALUE YOUR OPINION.  PLEASE EMAIL COMMENTS OR SUGGESTIONS TO DEPO@goDEPO.COM.

---

**Tax ID:** 72-1281827                                                       Phone: 337-205-0307    Fax: 337-233-0690

*Please detach bottom portion and return with payment.*

Jason M. Welborn
The Gaar Law Firm
P.O. Box 2053
Lafayette LA  70502-2053

| | |
|---|---|
| Invoice No. | : 31489 |
| Invoice Date | : 6/12/2014 |
| **Total Due** | **: $ 707.20** |

**Remit To:** goDEPO           Ph 800-503-2274
109 East Vermilion Street, Suite 200
Lafayette LA  70501

| | |
|---|---|
| Job No. | : 15659 |
| BU ID | : goDEPO |
| Case No. | : 12-3140 |
| Case Name | : Chad Blanchard vs. The United States of America, et al |

**EXHIBIT G**

From:

|  |  |
|---|---|
| Date: | 06/12/14 |
| Check Number: | 4389 |
| Amount: | **707.20** |

Memo:
Chad Blanchard

---

**4389**

**JASON M. WELBORN, APLC**
**OPERATING ACCOUNT**
617 S. BUCHANAN STREET
LAFAYETTE, LA 70501

MIDSOUTH BANK

84-343/652

NUMBER

**4389**

DATE: 06/12/14

**AMOUNT** 707.20

**Seven Hundred Seven And 20/100 Dollars**************************************************

PAY TO THE ORDER OF   GoDepo

⑈004389⑈ ⑆065203431⑆ 1211226⑈