



A Kaufman & Associates Company
109 E Vermilion St, Suite 200
Lafayette, Louisiana 70501

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 31404 | 6/5/2014 | 15442 |
| **Job Date** | **Case No.** | |
| 5/30/2014 | 12-3140 | |

| Case Name |
|---|
| Chad Blanchard vs. The United State of America, et al |

| Payment Terms |
|---|
| Due upon receipt |

Jason M. Welborn
The Gaar Law Firm
P.O. Box 2053
Lafayette LA  70502-2053

ORIGINAL TRANSCRIPT OF:
   Louis C. Blanda, Jr., M.D.     605.20
   Reporter: Lauren G

**TOTAL DUE >>>**     **$605.20**

THANK YOU!  WE SINCERELY APPRECIATE YOUR BUSINESS!

WE VALUE YOUR OPINION.  PLEASE EMAIL COMMENTS OR SUGGESTIONS TO DEPO@goDEPO.COM.

Tax ID: 72-1281827     Phone: 337-205-0307    Fax: 337-233-0690

*Please detach bottom portion and return with payment.*

Jason M. Welborn
The Gaar Law Firm
P.O. Box 2053
Lafayette LA  70502-2053

Invoice No.  : 31404
Invoice Date : 6/5/2014
**Total Due**   : **$ 605.20**

Job No.   : 15442
BU ID     : goDEPO
Case No.  : 12-3140
Case Name : Chad Blanchard vs. The United State of America, et al

Remit To: **goDEPO**    Ph 800-503-2274
**109 East Vermilion Street, Suite 200**
**Lafayette LA  70501**

EXHIBIT H

From:

Date: 06/16/14
Check Number: 4393
Amount: **605.20**

Memo:
Chad Blanchard

---

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER    4393

**JASON M. WELBORN, APLC**
OPERATING ACCOUNT
617 S. BUCHANAN STREET
LAFAYETTE, LA 70501

MIDSOUTH BANK

84-343/652

NUMBER

4393

DATE
06/16/14

**AMOUNT**
605.20

**Six Hundred Five And 20/100 Dollars***********************************************************

PAY TO THE ORDER OF   GoDepo

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

⑈004393⑈ ⑆065203431⑆ 1211226⑈