4465

JASON M. WELBORN, APLC
OPERATING ACCOUNT

From:

Date: 07/14/14
Check Number: 4466
Amount: **200.00**

Memo:
witness fee - Chad Blanchard

---

**JASON M. WELBORN, APLC**
OPERATING ACCOUNT
617 S. BUCHANAN STREET
LAFAYETTE, LA 70501

MIDSOUTH BANK

84-343/652

NUMBER

4465

4466

DATE
07/14/14

AMOUNT
200.00

**Two Hundred And 00/100 Dollars**************************************************************

PAY TO THE ORDER OF   Troy Simar

EXHIBIT

⑆004465⑆ ⑉065203431⑉   1211226⑆