# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| **CHAD BLANCHARD** ) | **CIVIL ACTION NO.  12-3140** |
| ) | |
| **VERSUS** ) | |
| ) | **HON. PATRICK J. HANNA, USMJ** |
| **THE UNITED STATES OF AMERICA** ) | |
| **THROUGH ITS AGENCY THE UNITED** ) | |
| **STATES ARMY CORPS OF ENGINEERS** ) | |

# ORDER

Considering United States of America's Motion to Amend our Findings and Conclusions with respect to our application of the collateral-source rules to past medical expenses, and considered arguments of counsel; now, therefore,

IT IS ORDERED that Defendants' motion is GRANTED.

Lafayette, Louisiana, this _____ day of _____, 2014.

_____
HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE