UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **CHAD BLANCHARD** ) | **CIVIL ACTION NO.  12-3140** |
| ) | |
| **VERSUS** ) | |
| ) | **HON. PATRICK J. HANNA, USMJ** |
| **THE UNITED STATES OF AMERICA** ) | |
| **THROUGH ITS AGENCY THE** ) | |
| **UNITED STATES ARMY CORPS OF** ) | |
| **ENGINEERS** ) | |

**UNITED STATES' CORRECTED MOTION TO AMEND
THE COURT'S FINDINGS AND CONCLUSIONS**

COMES NOW, Defendant United States of America, through undersigned counsel, who respectfully moves this Honorable Court to amend its Findings of Fact and Conclusions of Law, pursuant to Rule 59(b) of the Federal Rules of Civil Procedure, for the reasons more fully discussed in the attached Memorandum in Support of this Motion.

WHEREFORE, the United States of America respectfully requests this Honorable Court enter an Order granting the United States motion.

DATED:  July 28, 2014

                                                            Respectfully submitted,

                                                            STUART F. DELERY
                                                           Principal Deputy Assistant Attorney
                                                           General

                                                           STEPHANIE A. FINLEY
                                                           United States Attorney

                                     JENNIFER B. FREDERICK (#23633)
                                     Assistant United States Attorney

                                     /s/  Stephen M. Ketyer
                                     STEPHEN M. KETYER
                                     Trial Attorney
                                     Aviation/Admiralty Litigation
                                     Torts Branch, Civil Division
                                     U.S. Department of Justice
                                     P.O. Box 14271
                                     Washington, DC 20044-4271
                                     stephen.ketyer@usdoj.gov
                                     (202) 616-4034
                                     (202) 616-4159 (Fax)
                                     *Attorneys for United States of America*

OF COUNSEL:

ALLEN SCOTT BLACK
Assistant District Counsel
Memphis District
U.S. Army, Corps of Engineers
167 N. Main Street, Rm. B-202
Memphis, TN  38103
allen.s.black@usace.army.mil
(901)544-3662
(901)544-3336 (Fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 28, 2014, a copy of the foregoing motion, a corrected supporting memorandum of law and proposed Order, were filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record, by operation of the Court's electronic filing system.

    /s/  Stephen M. Ketyer
    STEPHEN M. KETYER
    Trial Attorney – U.S. Department of Justice