UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| CHAD BLANCHARD ) | CIVIL ACTION NO:  12-3140 |
| ) | |
| VERSUS ) | |
| ) | HON. PATRICK J. HANNA, USMJ |
| THE UNITED STATES OF AMERICA ) | |
| THROUGH ITS AGENCY THE UNITED ) | |
| STATES ARMY CORPS OF ENGINEERS ) | |

### UNITED STATES' OBJECTIONS TO BILL OF COSTS
### SUBMITTED BY PLAINTIFF CHAD BLANCHARD

**NOW INTO COURT**, comes Defendant, the United States of America, through its undersigned counsel, who objects to the Bill of Costs, ECF No. 56, submitted by Plaintiff Chad Blanchard ("Blanchard") in the instant case as follows:

**1. Fees of the Clerk**

Blanchard seeks to recover fees that include $157.60 paid to the Clerk of Court for the 27th Judicial District in Opelousas, Louisiana.   The state court lacked subject-matter jurisdiction over the United States.   Therefore, the United States should not be taxed for filing costs associated with this state court lawsuit.

**2. Deposition transcript fees.**

It has been the policy of the Clerk's Office in this district to allow the costs of those depositions which are placed into evidence at the trial in lieu of live testimony, those which are used for impeachment purposes, and those which are used in connection with a successful motion for summary judgment.  In this case, there was no successful motion for summary judgment so that excludes that option for recovering deposition costs.

A. The United States agrees that, pursuant to the policy of the district court, Blanchard is entitled to the following deposition transcript costs:

1. Dr. Louis C. Blanda, Jr. - $183.90 (His deposition transcript was introduced at trial in lieu of his live testimony.)
2. Captain Cary Lewis – but only for the cost of one printed transcript (his deposition was used for impeachment). The invoice presented (Blanchard Ex. D) is not itemized and therefore is insufficient to support his claim.

B. The United States objects to the remainder of the deposition transcript costs requested by Blanchard for the following reasons:

1. Chad Blanchard, Plaintiff, testified live at trial and was the plaintiff.
2. Captain Harris Knott testified live at trial and was not successfully impeached by Blanchard.
3. Ronnie Powell testified live at trial and was not successfully impeached by Blanchard.
4. Troy Simar, Jr. testified live at trial and was not successfully impeached by Blanchard.
5. Richard L. Frenzel testified live at trial and was not successfully impeached by Blanchard.
6. Captain Leo Hendrix did not testify at trial nor was his deposition introduced in lieu of his live testimony.

C. The Fifth Circuit has held that the transcript costs recoverable under Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920 are transcripts that are actually obtained for use at trial.  *Coats v. Penrod Drilling Corp.,* 5 F.3d 877 (5th Cir. 1993).  The United States objects to the deposition invoices because they are not itemized.  At trial, Blanchard only used a single printed transcript for the Blanda and Lewis depositions.  Reimbursement should be made only for that cost.

**3. Fees for Witnesses –Witness Troy Simar, Jr.**

Blanchard is attempting to recover travel expenses for Troy Simar, Jr., in the amount of $200.  The appearance fee for one day is $40.  All of the Courts of Appeals including the Fifth Circuit have repeatedly held that statutory fees provided in 28 U.S.C. § 1821 are exclusive, and a district court has no authority to tax costs in excess of the statutory per diem, mileage and subsistence allowance where appropriate.  *Jones v. Diamond*, 594 F.2d 997, 1029 (5th Cir. 1979).  Blanchard has presented no evidence in support anything other than the one-day appearance fee.

    Respectfully submitted,

    STUART F. DELERY
    Assistant Attorney General

    STEPHANIE A. FINLEY
    United States Attorney

    JENNIFER B. FREDERICK (#23633)
    Assistant United States Attorney

    /s/   Stephen M. Ketyer
    STEPHEN M. KETYER
    Trial Attorney
    Aviation& Admiralty Litigation Section
    Torts Branch, Civil Division
    U.S. Department of Justice
    P.O. Box 14271

                                              Washington, DC 20044-4271
                                              stephen.ketyer@usdoj.gov
                                              (202) 616-4034
                                              (202) 616-4159 (Fax)
                                              *Attorneys for United States of America*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 5, 2014, copies of the foregoing Objection to Bill of Costs Submitted by Plaintiff Chad Blanchard. was filed electronically with the Clerk of Court using the CM/ECF system.   Notice of this filing will be sent to all counsel of record, by operation of the Court's electronic filing system.  I also certify that according to the Court's CM/ECF Mailing List, there are no manual recipients.

>/s/ Stephen M. Ketyer
>STEPHEN M. KETYER
>Employee – U.S. Department of Justice