UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

CHAD BLANCHARD                                         CIVIL ACTION 6:12CV3140

VERSUS

USA, ET AL.                                            MAGISTRATE JUDGE HANNA

### CLERK'S TAXATION OF COSTS

A bench trial was held in this matter and completed on June 20, 2014. Judgment was entered on June 23, 2014, in favor of the plaintiff, Chad Blanchard, and also for defendant Stallion ("Stallion") Oilfield Services, LTD., in its capacity as plaintiff in cross-complaint, against the defendant, United States of America ("USA"), through its agency the U.S. Army Corps of Engineers. The USA was taxed with costs. (Doc. 50) A Motion to Amend Findings, Conclusions and Judgment filed by the USA was denied by the Court by Memorandum Ruling on September 19, 2014.  (Doc. 62)

A Bill of Costs was filed by Stallion on July 17, 2014.  (Doc. 53) An Opposition to the Bill of Costs was filed by the USA on July 22, 2014. (Doc. 56) (Note: Another Bill of Costs was filed by plaintiff, Chad Blanchard as Document 57. This Bill of Costs will be taxed separately.)

The Clerk of Court taxes costs for Stallion and against the USA, through its agency the United States Corps of Engineers, as follows:

1.   **Fees of the Clerk**

   a.   State court motions, etc.                $289.00        Disallowed

   Costs are typically allowed under 28 U.S.C. §1920 for taxing fees of the clerk. Stallion submits fees for documents filed in the 27th Judicial District Court in case number 12-C-0068. The case appears to be for a similar case filed in state court by plaintiff, Chad Blanchard.  However, the state court case was not removed to this court. The USA objects

to these costs stating that the suit was dismissed in state court and that the USA should not be taxed with the filing costs of a "flawed state court lawsuit." Because the suit was not removed to this court and was not a part of the current case, fees of the clerk from the state court are disallowed as costs.

2. **Court Reporter Transcription Costs**

Depositions determined to be "necessarily obtained for use in a case" are allowed as costs pursuant to 28 U.S.C. §1920. Depositions typically allowed are those used at trial in lieu of live testimony, those used for impeachment purposes and those used in connection with a successful motion for summary judgment. Costs for depositions such as discovery depositions and fees for additional copies of depositions are taxed at the discretion of the court depending on the necessity of the deposition. The following deposition costs were submitted:

| | | | |
|---|---|---|---|
| a. | Dr. Louis C. Blanda, Jr. | $183.90 | Allowed |

The record indicates that the deposition of Dr. Louis C. Blanda, Jr., was used at trial. Costs are allowed as submitted.

| | | | |
|---|---|---|---|
| b. | Plaintiff, Chad Blanchard | $829.95 | Disallowed |
| c. | Capt. Harris Knott and Ronnie Powell | $370.00 | Disallowed |
| d. | Cary Lewis | $406.20 | Disallowed |
| e. | Troy Simar, Jr. | $163.00 | Disallowed |
| f. | Captain Ronald L. Campana | $293.40 | Disallowed |
| g. | Richard L. Frenzel | $144.10 | Disallowed |
| h. | Captain Leo Hendrix | $393.25 | Disallowed |

Stallion also submits costs for depositions listed under 2.b. through 2.h. The USA objects to these costs. The record does not show that these depositions were used at trial and

Stallion does not indicate why these depositions were necessary in the case. Costs are therefore disallowed for these depositions, 2.b. through 2.h.

3. **Fees for Witnesses**

Witness fees are allowed on those days in which a witness gives trial testimony or when the deposition of a witness is used in support of a motion for summary judgment. The allowance of witness fees on other days is left to the court's discretion. Witnesses are allowed attendance, mileage and subsistence fees if appropriate. The following witness fees were submitted:

   a.   Captain Ronald L. Campana                $140.00                 Allowed

Stallion submits mileage fees of $162.50 for witness Captain Ronald L. Campana. The record shows that Campana testified at trial on June 18, 2014. Campana is allowed mileage fees for traveling to the trial. The USA agrees mileage fees are allowed but disagrees with the amount submitted. Effective January 1, 2014, mileage fees are allowed for a witness who testifies at trial at the rate of $0.56 per mile. Campana is therefore allowed mileage fees of $140.00 for traveling 250 miles at a rate of $0.56/mile. The rest of the amount submitted for mileage for Campana is disallowed.

4. **Copying costs**

   a.   Stallion's portion of Joint Trial Ex. Book   $346.50              Allowed

This court allows costs for bench books. Such costs are therefore allowed as submitted.

   b.   Pre-trial copies for PT conference, trial    $113.10              Disallowed

Costs were submitted by Stallion for pre-trial copies for a pre-trial conference. It is unclear exactly what these documents were and how they were used in this case. Costs are disallowed.

5. **Docket fees under 28 U.S.C. §1923**

| | | | |
|---|---|---|---|
| a. | **For Admiralty cases** | $20.00 | Allowed |
| b. | **For deposition of Blanda, submitted into evidence** | $ 2.50 | Allowed |

Stallion submits docket fees listed under 28 U.S.C. §1923. Such docket fees are allowed as costs under 28 U.S.C. §1920. Costs are therefore allowed as submitted.

## MOTION TO REVIEW COSTS

Pursuant to rule 54(d) of the Federal Rules of Civil Procedure, the above determination may be reviewed by the court, provided a Motion to Review is filed within **seven (7) days** from receipt of this letter.

Shreveport, Louisiana, this 10th day of October, 2014.

FOR THE CLERK OF COURT:

*/s/ Pamela P. Mitchell*
PAMELA P. MITCHELL
STAFF ATTORNEY