UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

CHAD BLANCHARD                                        CIVIL ACTION 6:12CV3140

VERSUS

USA, ET AL.                                           MAGISTRATE JUDGE HANNA

### CLERK'S TAXATION OF COSTS

A bench trial was held in this matter and completed on June 20, 2014. Judgment was entered on June 23, 2014, in favor of the plaintiff, Chad Blanchard ("Blanchard"), and also for defendant Stallion ("Stallion") Oilfield Services, LTD., in its capacity as plaintiff in cross-complaint, against the defendant, United States of America ("USA"), through its agency the U.S. Army Corps of Engineers. The USA was taxed with costs. (Doc. 50) A Motion to Amend Findings, Conclusions and Judgment filed by the USA was denied by the Court by Memorandum Ruling on September 19, 2014.  (Doc. 62)

A Bill of Costs was filed by Blanchard on July 25, 2014. (Document 57) An Opposition to the Bill of Costs was filed by the USA on August 5, 2014. (Doc. 60) (Note: Another Bill of Costs was filed by defendant Stallion as Document 53. This Bill of Costs will be taxed separately.)

The Clerk of Court taxes costs as follows for Blanchard and against the USA, through its agency the United States Corps of Engineers:

1.   **Fees of the Clerk**

     a.   State court motions, etc.              $125.60      Disallowed

     b.   State court motion/order to dismiss    $ 32.00      Disallowed

     c.   USDC                                   $350.00      Allowed

Costs are typically allowed under 28 U.S.C. §1920 for taxing fees of the clerk. Blanchard submits fees of the clerk for documents obtained from the 27th Judicial District Court and for the Complaint filed in this court. The case filed in state court appears to be like the current case filed in this court. However, the state court case was not removed to this court. The USA objects to these costs stating that the suit was dismissed in state court and that the USA should not be taxed with filing costs of a "flawed state court lawsuit." Because the suit was not removed to this court and was not a part of the current case, fees of the clerk in the state court are disallowed as costs. Costs are allowed for filing the Complaint in this court.

2. **Court Reporter Transcription Costs**

Depositions determined to be "necessarily obtained for use in a case" are allowed as costs pursuant to 28 U.S.C. §1920. Depositions typically allowed are those used at trial in lieu of live testimony, those used for impeachment purposes and those used in connection with a successful motion for summary judgment. Costs for depositions such as discovery depositions and fees for additional copies of depositions are taxed at the discretion of the court depending on the necessity of the deposition. The following deposition costs were submitted:

| | | | |
|---|---|---|---|
| a. | Dr. Louis C. Blanda, Jr. | $605.20 | Allowed |

The record indicates that the deposition of Dr. Louis C. Blanda, Jr., was used at trial. Costs are allowed as submitted.

| | | | |
|---|---|---|---|
| b. | Plaintiff, Chad Blanchard | $590.95 | Disallowed |
| c. | Capt. Harris Knott and Ronnie Powell | $371.00 | Disallowed |
| d. | Cary Lewis | $779.15 | Disallowed |
| e. | Troy Simar, Jr. | $274.40 | Disallowed |

| | | | |
|---|---|---|---|
| f. | Richard L. Frenzel | $144.10 | Disallowed |
| g. | Capt. Leo Hendrix | $707.20 | Disallowed |

Blanchard also submits costs for depositions listed under 2.b. through 2.g. The USA objects to these costs. The record does not show that these depositions were used at trial and Blanchard does not indicate why these depositions were necessary in the case. Costs are therefore disallowed for these depositions, 2.b. through 2.g.

3.  **Fees for Witnesses**

Witness fees are allowed on those days in which a witness gives trial testimony or when the deposition of a witness is used in support of a motion for summary judgment. The allowance of witness fees on other days is left to the court's discretion. Witnesses are allowed attendance, mileage and subsistence fees if appropriate. The following witness fees were submitted:

| | | | |
|---|---|---|---|
| a. | Troy Simar | $40.00 | Allowed |

Blanchard submits attendance fees of $200.00 for witness Troy Simar. The record shows that Simar testified at trial on June 17, 2014. Simar is allowed attendance fees for traveling to the trial. The USA objects that the attendance fees submitted were excessive and did not fall in line with the amount allowed under the statute. Under 28 U.S. C. §1920 and §1821, costs are allowed for attendance of $40.00 per day. Attendance fees of $40.00 are allowed for the day Simar testified. The rest of the amount submitted is disallowed.

4.  **Copying costs**

| | | | |
|---|---|---|---|
| a. | Blanchard's portion of Joint Trial Ex. Book | $346.50 | Allowed |

This court allows costs for bench books. Such costs are allowed as submitted.

## **MOTION TO REVIEW COSTS**

Pursuant to rule 54(d) of the Federal Rules of Civil Procedure, the above determination may be reviewed by the court, provided a Motion to Review is filed within **seven (7) days** from receipt of this letter.

Shreveport, Louisiana, this 10th day of October, 2014.

**FOR THE CLERK OF COURT:**

*(signature)*
PAMELA P. MITCHELL
STAFF ATTORNEY