# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **CHAD BLANCHARD** | ) IN ADMIRALTY |
| | ) |
| **VERSUS** | ) Case No. 6:12-cv-3140-PJH |
| | ) |
| **THE UNITED STATES OF AMERICA THROUGH ITS AGENCY THE UNITED STATES ARMY CORPS OF ENGINEERS** | ) ) NOTICE OF APPEAL ) ) |

Notice is hereby given that the UNITED STATES OF AMERICA, a defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Judgment, ECF No. 50, entered in this action on June 23, 2014; and the subsequent Memorandum Ruling, ECF No. 62, denying the United States' Motion to Alter Judgment and Amend Findings and Conclusions, entered in this action on the 19th day of September, 2014.

DATED:  November 17, 2014

    Respectfully submitted,

    JOYCE BRANDA
    Acting Assistant Attorney General

    STEPHANIE A. FINLEY
    United States Attorney

    JENNIFER B. FREDERICK (#23633)
    Assistant United States Attorney

    */s/ Stephen M. Ketyer*
    STEPHEN M. KETYER
    Trial Attorney
    Aviation & Admiralty Litigation Section
    Torts Branch, Civil Division
    U.S. Department of Justice
    P.O. Box 14271
    Washington, DC 20044-4271

                                                           Stephen.Ketyer@usdoj.gov
                                                           (202) 616-4034
                                                           (202) 616-4159 (Fax)
                                                           *Attorneys for United States of America*

OF COUNSEL:

ALLEN SCOTT BLACK (CEMVM-OC)
Assistant District Counsel, Memphis District
U.S. Army Corps of Engineers
167 N. Main Street, Rm. B-202
Memphis, TN  38103

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on November 17, 2014, copies of the foregoing Notice of Appeal was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record, by operation of the Court's electronic filing system.  I also certify that according to the Court's CM/ECF Mailing List, there are no manual recipients.

                                                   */s/ Stephen M. Ketyer*
                                                   STEPHEN M. KETYER
                                                 Trial Attorney
                                                 U.S. Department of Justice