IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

RECEIVED
DEC 0 2 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY

No. 14-31295

United States Court of Appeals
Fifth Circuit
**FILED**
November 25, 2014
Lyle W. Cayce
Clerk

CHAD BLANCHARD,

      Plaintiff - Appellee

v.

UNITED STATES OF AMERICA, on behalf of United States Army Corps of Engineers,

      Defendant - Appellant

v.

STALLION OILFIELD SERIVCE, LIMITED,

      Defendant - Appellee

Appeal from the United States District Court for the
Western District of Louisiana, Lafayette

CLERK'S OFFICE:

Under FED R. APP. P. 42(b), the appeal is dismissed as of November 25, 2014, pursuant to appellant's unopposed motion.

      LYLE W. CAYCE
      Clerk of the United States Court
      of Appeals for the Fifth Circuit

      By: _____
      Dantrell L. Johnson, Deputy Clerk

A true copy   25 NOV 2014
Attest
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
      Deputy
New Orleans, Louisiana

ENTERED AT THE DIRECTION OF THE COURT

RECEIVED

DEC 0 2 2014

TONY R MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY BW



# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 25, 2014

Mr. Tony R. Moore
Western District of Louisiana, Lafayette
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

    No. 14-31295    Chad Blanchard, et al v. USA
                         USDC No. 6:12-CV-3140

Dear Mr. Moore,

Enclosed is a copy of the judgment issued as the mandate.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  */s/ Dantrell Johnson*

                                By: _____
                                Dantrell L. Johnson, Deputy Clerk
                                504-310-7689

cc w/encl:
    Mr. Joseph Frazer Gaar, Jr.
    Mr. Stephen M. Ketyer
    Mr. Scott Allen Soule