# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| CHAD BLANCHARD | NO. 6:12–CV–03140–PJH |
| VERSUS | MAGISTRATE JUDGE PATRICK J HANNA |
| USA , ET AL | |

### NOTICE OF INTENT TO DESTROY EXHIBITS
### IN A CIVIL CASE

Pursuant to Uniform Local Rule 79.3 which states "All exhibits in the custody of the Clerk shall be removed within 30 days of the final disposition of the case... If the parties or their attorneys fail or refuse to remove exhibits within 30 days, the exhibits may be destroyed or otherwise disposed by the Clerk."

Our records reflect there is no appeal pending at this time. Therefore, this is to advise you that the trial exhibits in the above referenced matter are ripe for destruction. If you intend to pick up the exhibits, you must do so within ten (10) days of the date of this Notice. Please contact Evelyn Alexander at 337–593–5016 to coordinate the pick up of any exhibits.

If you fail to pick up your exhibits, they may be destroyed without any additional notice.

THUS DONE  April 13, 2015.

TONY R. MOORE
CLERK OF COURT