UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CHAD BLANCHARD | CIVIL ACTION NO. 12-CV-3140 |
| VERSUS | JUDGE DOHERTY |
| UNITED STATES ARMY CORPS OF ENGINEERS | MAGISTRATE JUDGE HANNA |

**ORDER**

The parties shall appear before the undersigned on May 28, 2015, at 1:30 p.m. for the purpose of confirming settlement on the record of the court.

Signed at Lafayette, Louisiana this 11th day of May, 2015.

_____
Patrick J. Hanna
United States Magistrate Judge