UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CHAD BLANCHARD | CIVIL ACTION NO. 6:12CV3140 |
| VERSUS | MAGISTRATE JUDGE HANNA |
| USA | BY CONSENT OF THE PARTIES |

### CERTIFICATE TO DESTROY EXHIBITS

This is to certify that all appellate delays have expired herein, and the exhibits on the attached list have not been claimed by the attorney of record who introduced same at trial, as set forth in LR79.3 of this court, they are now eligible for destruction.

_4/8/2015_     _[signature]_
Date             Courtroom Deputy

✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧ MFT 4/13/15

send NEF 4/13/15

Destruction of the above described exhibits is approved.

_3/7/16_     _[signature]_
Date             Chief Deputy

✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧✧

I hereby certify that the above described exhibits were destroyed on _3/15/2016_.

_3/16/2016_     _[signature]_
Date             Courtroom Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

CHAD BLANCHARD                          CASE NO. 6:12-CV-3140

VERUS                                   MAGISTRATE JUDGE HANNA

USA                                     BY CONSENT OF THE PARTIES

EXHIBITS
Bench Trial

PARTY:   Joint

| EXHIBIT NUMBER | DESCRIPTION & REMARK | IDENTIFIED | OFFERED | ADMITTED | WITNESS |
|---|---|---|---|---|---|
| 1 | Tax returns and earnings information of plaintiff, Chad Blanchard | 6/17/2014 | 6/17/2014 | 6/17/2014 | Blanchard |
| 2 | Boat logs from M/V ALLURA | 6/17/2014 | 6/17/2014 | 6/17/2014 | Blanchard |
| 3 | Accident report of Stallion Offshore Ltd re the accident of Chad Blanchard | 6/17/2014 | 6/17/2014 | 6/17/2014 | Blanchard |
| 4 | Photographs taken of the M/V ALLURA | 6/17/2014 | 6/17/2014 | 6/17/2014 | |
| 5 | Photographs of the M/V MISSISSIPPI | 6/17/2014 | 6/17/2014 | 6/17/2014 | Blanchard |
| 6 | Vessel specifications for the M/V MISSISSIPPI | 6/17/2014 | 6/17/2014 | 6/17/2014 | |
| 7 | Vessel specification for the M/V ALLURA (Certificate of Documentation) | 6/17/2014 | 6/17/2014 | 6/17/2014 | Dr. Reed |
| 8 | Log books from the M/V MISSISSIPPI for the relevant dates | 6/17/2014 | 6/17/2014 | 6/17/2014 | Blanchard |
| 9 | U.S. Coast Guard licenses of Captains Hendrix and Lewis | 6/17/2014 | 6/17/2014 | 6/17/2014 | Capt. Lewis |
| 10 | Excel spreadsheets provided by the USA detailing the AIS coordinates and position data of the M/V MISSISSIPPI and M/V ALLURA | 6/17/2014 | 6/17/2014 | 6/17/2014 | Capt. Lewis |
| 11 | Speed graphs and travel information of the M/V MISSISSIPPI provided by the USA in discovery | 6/17/2014 | 6/17/2014 | 6/17/2014 | Blanchard |
| 12 | Photographs taken of the vessel inspection of the M/V ALLURA | 6/17/2014 | 6/17/2014 | 6/17/2014 | Blanchard |
| 13 | Chart maps and plotted coordinates of the M/V MISSISSIPPI as it traversed the Atchafalaya River | 6/17/2014 | 6/17/2014 | 6/17/2014 | |
| 14 | Chart maps used during the discovery deposition fo the various witnesses to document the area of the accident, and the positions of the vessels | 6/17/2014 | 6/17/2014 | 6/17/2014 | Blanchard |
| 15 | Medical records and bills of Chad Blanchard | 6/17/2014 | 6/17/2014 | 6/17/2014 | |
| 16 | Medical expense summary of Chad Blanchard | 6/17/2014 | 6/17/2014 | 6/17/2014 | |
| 17 | Report of Stephanie P Chalfin, M.S. | 6/17/2014 | 6/17/2014 | 6/17/2014 | S. Chalfin |
| 18 | Report of Randolph G Rice | 6/17/2014 | 6/17/2014 | 6/17/2014 | |
| 19 | U.S. Coast Guard documents re Chad Blanchard's captain license | 6/17/2014 | 6/17/2014 | 6/17/2014 | |
| 20 | Report of Captain Ronald L Campana | 6/17/2014 | 6/17/2014 | 6/17/2014 | R Campana |
| 21 | Report of Arthur M Reed, Ph.D. | 6/17/2014 | 6/17/2014 | 6/17/2014 | Dr. Reed |
| 22 | Report of Dr Gordon Gregory Gidman (Plaintiff) | 6/17/2014 | 6/17/2014 | 6/17/2014 | |

CONTINUATION OF EXHIBITS

## CIVIL NO: 6:12-CV-3140

## CHAD BLANCHARD VS. USA

PARTY: Joint

| EXHIBIT NUMBER | DESCRIPTION & REMARK | IDENTIFIED | OFFERED | ADMITTED | WITNESS |
|---|---|---|---|---|---|
| 23 | Report of Dr Paul Fenn | 6/17/2014 | 6/17/2014 | 6/17/2014 | |
| 24 | Wage Records/Timesheets and Payment information from Stallion Oilfield Services | 6/17/2014 | 6/17/2014 | 6/17/2014 | |
| 25 | J R Hoyle & Associates Ltd General Trust Ledger (maintenance & cure payments) | 6/17/2014 | 6/17/2014 | 6/17/2014 | |
| 26 | Vocational Report of Bob A Gisclair & Addendum Report | 6/17/2014 | 6/17/2014 | 6/17/2014 | |
| 27 | Report of Kenneth Boudreaux, Ph.D. | 6/17/2014 | 6/17/2014 | 6/17/2014 | |
| 28 | Reports of Dr Gordon Gregory Gidman (Stallion) | 6/17/2014 | 6/17/2014 | 6/17/2014 | |
| 31 | AT&T Wireless Phone Records | 6/17/2014 | 6/17/2014 | 6/17/2014 | Blanchard |
| 32 | Answer to USA's Interrogatories Nos. 7, 8, 9 | 6/17/2014 | 6/17/2014 | 6/17/2014 | Blanchard |
| 33 | Photos: ALLURA 2013-12-19.2 (7 photos) | 6/17/2014 | 6/17/2014 | 6/17/2014 | Capt. Knott |
| 34 | Photos: MISSISSIPPI (5 photos) | 6/17/2014 | 6/17/2014 | 6/17/2014 | Capt. Lewis |
| 35 | Chad Blanchard Depo Exhibit 1 (drawing) | 6/17/2014 | 6/17/2014 | 6/17/2014 | |
| 36 | Chad Blanchard Depo Exhibit 2 (Blanchard photos) | 6/17/2014 | 6/17/2014 | 6/17/2014 | Blanchard |
| 37 | Chad Blanchard Depo Exhibit 8 (location of dock) | 6/17/2014 | 6/17/2014 | 6/17/2014 | Blanchard |
| 38 | Harris Knott Depo Exhibit 3 (drawing) | 6/17/2014 | 6/17/2014 | 6/17/2014 | |
| 39 | Sheet 61, 2006 Hydrological Survey, Atchafalaya River, U.S. Army Corps of Engineers | 6/17/2014 | 6/17/2014 | 6/17/2014 | Dr. Reed |
| 40 | USGC Certificate of Inspection for M/V MISSISSIPPI | 6/17/2014 | 6/17/2014 | 6/17/2014 | |
| 41 | MV MISSISSIPPI Navigation log for August 18, 2011 with declaration | 6/17/2014 | 6/17/2014 | 6/17/2014 | |
| 42 | Diagnostic Studies of plaintiff, Chad Blanchard | 6/17/2014 | 6/17/2014 | 6/17/2014 | |
| 43 | Report and CV of Captain Richard L. Frenzel | 6/18/2014 | 6/18/2014 | 6/18/2014 | |
| 44 | Deposition of Dr. Louis C. Blanda | 6/18/2014 | 6/18/2014 | 6/18/2014 | |